---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    __7__

☐ Check if this an
amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | JN Winddown, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Jamberry<br>FDBA  Jam Management Holdings, LLC<br>DBA  Jamberry Nails Intermediate<br>DBA  Jamberry Nails Holdings<br>FDBA  Jamberry Nails, LLC |
| 3. | Debtor's federal Employer Identification Number (EIN) | 37-1781823 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| P.O. Box 1611<br>American Fork, UT 84003<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Utah<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    **none**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **JN Winddown, LLC**
_____    Case number (*if known*) _____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____7361_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____  Case number, if known _____ |

Debtor    **JN Winddown, LLC**                                    Case number (if known) _____
           Name

---

**11. Why is the case filed in this district?**    Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name   _____
          Phone          _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**    Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49                  ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99                 ☐ 5001-10,000           ☐ 50,001-100,000
■ 100-199               ☐ 10,001-25,000         ☐ More than100,000
☐ 200-999

---

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ■ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor    **JN Winddown, LLC**          Case number (if known) _____
          Name

■ **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature**
    **of authorized**          The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
    **representative of debtor**
                               I have been authorized to file this petition on behalf of the debtor.

                               I have examined the information in this petition and have a reasonable belief that the information is true and correct.

                               I declare under penalty of perjury that the foregoing is true and correct.

                               Executed on   12 / 27 / 2018
                                             MM / DD / YYYY

                               X _____          **T. Scott Avila**
                               Signature of authorized representative of debtor    Printed name

                               Title   **Chief Restructuring Officer**

18. **Signature of attorney**   X _____     Date   12/27/2018
                               Signature of attorney for debtor                MM / DD / YYYY

                               **Laura Davis Jones**
                               Printed name

                               **Pachulski Stang Ziehl & Jones LLP**
                               Firm name

                               **919 North Market Street**
                               **17th Floor**
                               **Wilmington, DE 19801**
                               Number, Street, City, State & ZIP Code

                               Contact phone   **302-652-4100**        Email address  _____

                               **2436 DE**
                               Bar number and State



## JN WINDDOWN, LLC

### <u>Written Consent of the Sole Member</u>

Effective as of December 26, 2018

The undersigned, being the sole member (the "*Member*") of JN Winddown, LLC, a Delaware limited liability company (the "*Company*"), does hereby consent in writing to the adoption of the following resolutions pursuant to Section 18-302(d) of the Limited Liability Company Act of the State of Delaware:

**WHEREAS**, the Member has considered the financial and operational conditions of the Company's business;

**WHEREAS**, the secured creditors of the Company foreclosed upon certain of the Company's assets, and the Company thereafter entered into a sale of certain of its remaining assets for the benefit of its creditors;

**WHEREAS**, the Member has determined to its reasonable satisfaction that the proceeds of the sale and the value of the Company's remaining assets are insufficient to satisfy the liabilities of the Company;

**RESOLVED, THEREFORE**, that in the business judgment of the Member after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors that it is in the best interests of this Company, its creditors, members and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 7 of Title 11 of the United States Code (the "*Bankruptcy Code*"); and it is

**FURTHER RESOLVED**, that the officers of the Company (the "*Officers*") be, and they hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem necessary or proper to obtain such relief; and it is

**FURTHER RESOLVED**, that the Officers be, and they hereby are, authorized and directed to employ the law firm of Pachulski, Stang, Ziehl & Jones LLP as general bankruptcy counsel to the Company to represent and assist the Company in filing under Chapter 7 of the Bankruptcy Code; and it is

**FURTHER RESOLVED**, that the Officers are authorized, empowered and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that all actions taken by the Officers prior to the date hereof in connection with the possible reorganization and/or liquidation of the Company or any matters

related thereto, or by virtue of these resolutions, are hereby in all aspects ratified, confirmed, and approved.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

NAI-1505914133v2

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent of the Sole Member as of the date first written above.

SOLE MEMBER:

JAMBERRY NAILS INTERMEDIATE, LLC

By: _____
Name: Stuart Martin
Title:  Vice President, Secretary and
        Treasurer

*[SIGNATURE PAGE TO*
*WRITTEN CONSENT OF SOLE MEMBER OF JN WINDDOWN, LLC]*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re    **JN Winddown, LLC**                    Case No. _____

                                        Debtor(s)            Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | 80,000.00 |
   | Prior to the filing of this statement I have received | $ | 80,000.00 |
   | Balance Due | $ | 0.00 |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☐ Debtor      ■ Other (specify):    **N/A**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
   **a. the preparation of the petition, schedules of assets and liabilities, statement of financial affairs, schedule of income and expenditures, lists of creditors and equity security holders, statement of executory contracts and unexpired leases, and master mailing list;**

   **b. appearance at the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code; and**

   **c. otherwise advise the Debtor regarding its rights and responsibilities as a debtor under Chapter 7 of the Bankruptcy Code and the Bankruptcy Rules.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **a. appearances before any court or agency, other than the Bankruptcy Court or appellate courts on issues related to the bankruptcy, with respect to matters, which are, in essence, disputes involving issues of non-bankruptcy law, or the provision of substantive legal advice outside the insolvency area, unless we agree to represent the Company in such matters; and**

   **b. advice or representation regarding matters of taxation, labor, securities, ERISA, probate/estate planning, criminal, or other non-bankruptcy or non-debtor/creditor specialties of the law.**

In re   **JN Winddown, LLC** _____   Case No. _____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_12/27/2018_
Date

_Laura Davis Jones_
*Signature of Attorney*
**Pachulski Stang Ziehl & Jones LLP**
**919 North Market Street**
**17th Floor**
**Wilmington, DE 19801**
**302-652-4100   Fax: 302-652-4400**
*Name of law firm*

**Fill in this information to identify the case:**

Debtor name     **JN Winddown, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**   **Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $          **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................... $     **659,708.51**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **659,708.51**

**Part 2:**   **Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $   **69,643,785.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **65,487.01**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$   **2,900,861.65**

4.  **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b                          $   **72,610,133.66**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **JN Winddown, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)              Type of account          Last 4 digits of account
number

| | | | |
|---|---|---|---|
| 3.1. | **Chase bank account** | | 3393 | $12,370.51 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                              $12,370.51
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
**Prior to the date hereof, the debtor's provided deposits to Morris Meetings & Incentives,
LLC for travel packages to Costa Rica and Thailand.  The debtor ceased operations**
7.1.    **prior to the date of the planned travel.  The deposits have not been refunded.**                $139,588.00

**Prior to the date hereof, debtor provided Jon Gordon a reservation deposit to secure
his appearance at a conference in Nashville, TN scheduled for July 21, 2018.  The
debtor ceased operations prior to the date of the conference.  The deposit has not been**
7.2.    **refunded.**                                                                              $12,500.00

Debtor    __JN Winddown, LLC_____    Case number *(If known)* _____
          Name

|  | Prior to the date hereof, debtor provided Caleb Marshall a/k/a The Fitness Marshall with a deposit for his performance and instructional services to be proivded at a conference scheduled on July 19, 2018.  Prior to the date of the conference, the debtor ceased operations.  The deposit has not been refunded. |  |
|---|---|---|
| 7.3. |  | $4,250.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                          | $156,338.00 |
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **JN Winddown, LLC**                                    Case number *(If known)* _____
          Name

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

| 71. | Notes receivable |
|     | Description (include name of obligor) |

| 72. | Tax refunds and unused net operating losses (NOLs) |
|     | Description (for example, federal, state, local) |

**Potentially from Australia**                    Tax year _____        **$100,000.00**

**Canadian Tax refund**                           Tax year _____        **$116,000.00**

| 73. | Interests in insurance policies or annuities |
|     | Without authority, M Network continued to sell the |
|     | debtor's inventory from a warehouse in the Netherlands. | **$250,000.00** |

| 74. | Causes of action against third parties (whether or not a lawsuit |
|     | has been filed) |
|     | **Bellstar Marketing, Inc. used the debtor's letter of credit** |
|     | **to pay off Bellstar's debts to Disney (unrelated to the** |
|     | **debtor's business with Bellstar)** | **$25,000.00** |
|     | Nature of claim    **Conversion of Letter of Credit** |
|     | Amount requested          **$25,000.00** |

| 75. | Other contingent and unliquidated claims or causes of action of |
|     | every nature, including counterclaims of the debtor and rights to |
|     | set off claims |

| 76. | Trusts, equitable or future interests in property |

| 77. | Other property of any kind not already listed *Examples:* Season tickets, |
|     | country club membership |

| 78. | Total of Part 11. | **$491,000.00** |
|     | Add lines 71 through 77. Copy the total to line 90. |

| 79. | Has any of the property listed in Part 11 been appraised by a professional within the last year? |
|     | ■ No |
|     | ☐ Yes |

Debtor    **JN Winddown, LLC**
        Name

Case number *(If known)* _____

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,370.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $156,338.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $491,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $659,708.51 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $659,708.51 |

**Fill in this information to identify the case:**

Debtor name __JN Winddown, LLC__

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Cerberus Business Finance, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All property or collateral as defined by Pledge and Security Agreement dated April 25, 2015 (less amounts recovered by post-foreclosure sale of certain collateral)** | **$69,643,785.00** | **Unknown** |

**875 Third Avenue
New York, NY 10022**
Creditor's mailing address

Describe the lien
**Security Interest**
Is the creditor an insider or related party?

**jnaccarato@cerberuscapital.com**
Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**April 25, 2015**
Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$69,643,785.00** |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **JN Winddown, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the is: | **$168.00** | **Unknown** |
|---|---|---|---|---|
| | **Arizona Dept. of Revenue**<br>PO Box 29010<br>Phoenix, AZ 85038-9010 | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | ■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Canada Revenue Agency**<br>201 St. George Street<br>Bathurst, NB<br>E2A 1B8<br>Canada | *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2016, 2017** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                40561                Best Case Bankruptcy

Debtor **JN Winddown, LLC**      Case number (if known) _____
    Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**2.3** Priority creditor's name and mailing address
**HM Revenue & Customs**
**Alexander House, 21 Victoria**
**Avenue**
**Southend-on-Sea**
**SS99 1BD**
**United Kingdom**

As of the petition filing date, the claim is: **Unknown** **Unknown**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 21126**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is: **$22,880.00** **Unknown**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 267**
**Stop 812**
**Covington, KY 41019-0001**

As of the petition filing date, the claim is: **$15,211.94** **Unknown**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address
**Mississippi Dept. of Revenue**
**PO BOX 23050**
**Jackson, MS 39225-3050**

As of the petition filing date, the claim is: **$1,206.94** **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**August 2018**

Basis for the claim:
**filed an appeal to remove the assessment**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **JN Winddown, LLC**                                    Case number (if known) _____
       Name

| | | |
|---|---|---|

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | Unknown |

**New Mexico Taxation and Revenue Dep**
P.O. Box 25128
Santa Fe, NM 87504

As of the petition filing date, the claim is: $20.00    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8   Priority creditor's name and mailing address

**Texas Comptroller**
P.O. Box 149348
Austin, TX 78714-9348

As of the petition filing date, the claim is: $1,723.15    Unknown
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.9   Priority creditor's name and mailing address

**Utah County Tax Assessor**
100 East Center Street
Suite 1200
Provo, UT 84606

As of the petition filing date, the claim is: $24,276.98    Unknown
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

3.1   Nonpriority creditor's name and mailing address

**AB Graphic International**
2755 Pinnacle Drive
Matt Billuni
Elgin, IL 60124

As of the petition filing date, the claim is: *Check all that apply.*    $789.14
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.2   Nonpriority creditor's name and mailing address

**Accelerated Packaging**
PO Box 536
Payson, UT 84651

As of the petition filing date, the claim is: *Check all that apply.*    $6,081.33
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | JN Winddown, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145.00**

**ACE Recycling & Disposal**
P.O. Box 2608
Salt Lake City, UT 84110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,296.85**

**Addisons**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126.85**

**Alliance Benefit Group-Rocky Mountain**
7090 South Union Ave. Suite 650
Salt Lake City, UT 84047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102.93**

**Alpha Graphics**
454 West 800 North
Orem, UT 84057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,846.45**

**American Label**
4517 W 1730 S Suite 6416,
Salt Lake City, UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,043.85**

**Aries Global Logistics, Inc.**
P.O. Box 592
Franklin Square, NY 11010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92,289.90**

**Aries Global Logistics, Inc.**
PO Box 592
Franklin Square, NY 11010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **JN Winddown, LLC**                                      Case number (if known) _____
         Name

| | | |
|---|---|---|
| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,536.53 |
|---|---|---|---|
| | **Armstrong Transport Group, Inc.**<br>PO Box 745100<br>Atlanta, GA 30374-5100 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.11** | **Aspen Press & Packaging**<br>3555 West Ninigret Drive Suite 400<br>Salt Lake City, UT 84104 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,642.04 |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.12** | **Australian Taxation Office**<br>Locked Bag 1793 Penrith NSW 1793<br>AUSTRALIA | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,095.47 |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.13** | **AzTech Converting Systems, Inc.**<br>212 West Lodge Drive<br>Tempe, AZ 85283 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,843.93 |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.14** | **Bellstar Marketing, Inc**<br>3476 Rich Field Drive<br>Carlsbad, CA 92010 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $25,431.70 |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ■ Yes | |
| **3.15** | **Bennett-Tueller Johnson & Deere**<br>3165 East Millrock Drive Ste 500<br>Salt Lake City, UT 84121-4704 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $67.50 |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.16** | **Best Shred**<br>5406 W 11000 N Ste 103  PMB #542<br>Highland, UT 84003 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $123.00 |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | JN Winddown, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $791.00 |
|---|---|---|---|
| | **Blomquist Hale Consulting Group, Inc.** | ☐ Contingent | |
| | **860 East 4500 South Suite 202** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,290.95 |
|---|---|---|---|
| | **Boise Packaging & Newsprint, LLC** | ☐ Contingent | |
| | **PO Box 51655** | ☐ Unliquidated | |
| | **Los Angeles, CA 90051-5955** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,804.28 |
|---|---|---|---|
| | **Bourne & Weir** | ☐ Contingent | |
| | **11/50 Market St,** | ☐ Unliquidated | |
| | **Melbourne VIC 3000** | ☐ Disputed | |
| | **AUSTRALIA** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,409.60 |
|---|---|---|---|
| | **BPI Labs, Inc.** | ☐ Contingent | |
| | **97 S. Red Willow Rd** | ☐ Unliquidated | |
| | **Evanston, WY 82930** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,977.91 |
|---|---|---|---|
| | **Brady Industries, LLC** | ☐ Contingent | |
| | **7055 Lindell Road** | ☐ Unliquidated | |
| | **Las Vegas, NV 89118** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.00 |
|---|---|---|---|
| | **Cactus & Tropicals** | ☐ Contingent | |
| | **2735 S 2000 E** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84109** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,249.91 |
|---|---|---|---|
| | **CasePak, Inc.** | ☐ Contingent | |
| | **228 West 12300 South Suite 101** | ☐ Unliquidated | |
| | **Draper, UT 84020** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | JN Winddown, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $530.22 |
| | **Centurylink Communications** | ☐ Contingent | | |
| | **100 Centurylink Drive** | ☐ Unliquidated | | |
| | **Monroe, LA 71203** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $65,721.96 |
| | **Cerberus Business Finance, LLC** | ☐ Contingent | | |
| | **875 Third Avenue 14th Floor** | ☐ Unliquidated | | |
| | **New York, NY 10022** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $1,050.00 |
| | **Certified Shred** | ☐ Contingent | | |
| | **537 West Pickett Circle Suite 600** | ☐ Unliquidated | | |
| | **Salt Lake City, UT 84115** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $1,044.68 |
| | **Cigna Health and Life Insurance Company** | ☐ Contingent | | |
| | **PO Box 13701** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101-3701** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $21.00 |
| | **Clarivate Analytics dba Compumark** | ☐ Contingent | | |
| | **1500 Spring Garden Street** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19130** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $359.00 |
| | **Colonial Life Processing Center** | ☐ Contingent | | |
| | **P.O. Box 1365** | ☐ Unliquidated | | |
| | **Columbia, SC 29203** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $22,287.25 |
| | **Cosmetic Design Group, LLC** | ☐ Contingent | | |
| | **5673 Selmaraine Drive** | ☐ Unliquidated | | |
| | **Culver City, CA 90230** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

Debtor    **JN Winddown, LLC**
_____
Name

Case number (if known) _____

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,023.96 |

**Cosmetic Industries, Inc**
13489 Slover Ave.
Fontana, CA 92337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,397.48 |

**CT Leasing, LLC**
P.O.  Box 84
Boise, ID 83701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,002.41 |

**CTL Packaging USA, Inc**
PO Box 603754
Charlotte, NC 28260-3754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,642.34 |

**DGI Training Inc.**
1060 El Camino Real Suite C
Redwood City, CA 94063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,883.04 |

**DHL eCommerce**
2700 C. Commerce Parkway
Suite 300
Fort Lauderdale, FL 33331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $441,104.27 |

**DHL eCommerce**
2700 C. Commerce Parkway Suite 300
Weston, FL 33331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,500.01 |

**DHL Express - USA**
16592 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **JN Winddown, LLC**
      Name

Case number (if known) _____

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,904.96 |
|---|---|---|---|

**DHL Express Mexico S.A de C.V**
Montes Urales 505 Piso 2 Lomas de Chapul
Miguel Hidalgo DF 11000
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,709.95 |
|---|---|---|---|

**DHL Metropolitan Logistics**
Montes Urales 505 Piso 2
Lomas de Chapultepec 1 Seccion
Miguel Hidalgo DF 11000
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,255.10 |
|---|---|---|---|

**Direct Selling Australia**
207/13A Montegomery Street
PO Box 744
Kogarah NSW 2217
AUSTRALIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,811.36 |
|---|---|---|---|

**Disney Consumer Products**
500 Southe Buena Vista Street
Burbank, CA 91521-8171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,206.29 |
|---|---|---|---|

**Domo, Inc.**
772 E Utah Valley Drive
American Fork, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,785.88 |
|---|---|---|---|

**Drive Marketing**
8689 South 700 West
Sandy, UT 84070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,635.07 |
|---|---|---|---|

**Driver Provider Phoenix**
3439 South 40th Street
Phoenix, AZ 85040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **JN Winddown, LLC**
_____
Name

Case number (if known) _____

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,937.50 |
|---|---|---|---|

**DST Express LLC**
**DST Express LLC P.O. Box 503**
**Springville, UT 84663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,114.13 |
|---|---|---|---|

**Eden Roc, LLP**
**4525 Collins Ave**
**Miami Beach, FL 33140-3226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,312.17 |
|---|---|---|---|

**Ernest Packaging Solutions**
**PO Box 27086**
**Salt Lake City, UT 84127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Ernst & Young LLP**
**Wells Fargo Bank, NA PO Box 846793**
**Los Angeles, CA 90084-6793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,062.50 |
|---|---|---|---|

**Esonus, LLC**
**12171 Pineridge Road**
**Sandy, UT 84094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121,827.37 |
|---|---|---|---|

**FDM Warehousing**
**7 Eucalyptus Place**
**Eastern Creek NSW 2766 Sydney**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.59 |
|---|---|---|---|

**Flexco Concepts**
**100 Armstrong Rd Ste 103**
**Plymouth, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | JN Winddown, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,701.23 |
|---|---|---|---|

Go-2 Fulfillment
12248 S. Lone Peak Parkway Suite 106
Draper, UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,957.33 |
|---|---|---|---|

Gowling WLG Canada
1 First Canadian Place,
100 King St. W, Ste 1600
Toronto Ontario M5X 1G5
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $489.33 |
|---|---|---|---|

Gowling WLG UK LLP
4 More London Riverside,
London SE1 2AU
UK

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,625.00 |
|---|---|---|---|

Green Frog Cleaning
1001 West 1020 South
Provo, UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,712.87 |
|---|---|---|---|

Hanchett Paper Company dba Shorr Packagi
4000 Ferry Road
Aurora, IL 60502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,880.00 |
|---|---|---|---|

Haysmacintyre
26 Red Lion Square London  WC1R 4AG
UNITEDKINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,460.47 |
|---|---|---|---|

HOJ Engineering & Sales., LLC
862 Fine Drive
Salt Lake City, UT 84119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **JN Winddown, LLC**
_____    Case number (if known) _____
Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,490.90 |
|---|---|---|---|

**Hudson Printing Company**
**241 West 1700 South**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,928.90 |
|---|---|---|---|

**Indigo America, Inc.**
**P.O. Box 415573**
**Boston, MA 02241-5573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.00 |
|---|---|---|---|

**Inetz**
**1055 East 3900 South**
**Salt Lake City, UT 84124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,780.77 |
|---|---|---|---|

**IntegraCore Fulfillment, LLC**
**6077 West Wells Park Road**
**West Jordan, UT 84081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,783.60 |
|---|---|---|---|

**Intermountain Staffing**
**PO Box 540587 North**
**Salt Lake City, UT 84054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.00 |
|---|---|---|---|

**International Paper**
**PO Box 31001-0780**
**Pasadena, CA 91110-0780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,075.00 |
|---|---|---|---|

**J Tedeschi & Associates LLC**
**8240 Lakewood Ranch Blvd 102**
**Lakewood Ranch, FL 34202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **JN Winddown, LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,964.28 |

**Kelly Services, Inc.**
**999 W. Big Beaver Road**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,121.75 |

**Kocher + Beck**
**PO Box 843332**
**Kansas City, MO 64184-3332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $142.61 |

**Landmark Global**
**P.O. Box 101842**
**Pasadena, CA 91189-1842**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $285,559.44 |

**Landmark Global**
**PO Box 101842**
**Pasadena, CA 91189-1842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,282.15 |

**Launch Sourcing LLC**
**2153 South Remington Ave**
**Saratoga Springs, UT 84045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $63.96 |

**Les Olson Company**
**3244 S 300 W**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $499.46 |

**Lex Jet**
**P.O. Box 538577**
**Atlanta, GA 30353-8577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **JN Winddown, LLC**                                    Case number (if known) _____
        <u>Name</u>

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,912.04 |

**Logistic Centre Weert B.V**
B.V Havenweg 16,
6006 SM Weert GB 232 1038 6
UNITEDKINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,169.69 |

**Logistic Centre Weert B.V.**
Havenweg 16 6006 SM
Weert GB 232 1038 6 United Kingdom

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,781.25 |

**Maco Customs Service**
Netherlands B.V., Schepersweg 4B
6049 CV Roermond
NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,809.76 |

**Madison/Graham Colorgraphics, Inc**
P.O. Box 31001-1283
Cenveo Corp
Pasadena, CA 91110-1283

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Maven Technologies Inc.**
540 Hill Street #1
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,883.67 |

**McConnell**
406 SW Umatilla Ave
Redmond, OR 97756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $542.30 |

**Memery Crystal**
165 Fleet Street,
London EC4A 2DY
UK

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | JN Winddown, LLC | Case number (if known) | |
|--------|------------------|------------------------|--|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address
**Miner Group**
11905 Sara Road El Portal Industrial Par
Laredo, TX 78045

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,019.89**

---

**3.81** | Nonpriority creditor's name and mailing address
**National Benefit Services, LLC**
PO Box 6980
West Jordan, UT 84084

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.82** | Nonpriority creditor's name and mailing address
**Nexeo Staffing LLC**
2912 Executive Parkway Suite 175
Lehi, UT 84043

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,191.28**

---

**3.83** | Nonpriority creditor's name and mailing address
**NFL Properties, LLC**
PO Box 27278
New York, NY 10087-7278

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$60,000.00**

---

**3.84** | Nonpriority creditor's name and mailing address
**Niya Model Management**
150 South State Street Suite 100
Salt Lake City, UT 84111

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,287.46**

---

**3.85** | Nonpriority creditor's name and mailing address
**Okta, Inc.**
301 Brannan Street Ste 100
San Francisco, CA 94107

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,846.60**

---

**3.86** | Nonpriority creditor's name and mailing address
**Oracle**
15612 Collections Centre Drive
Bronto Software, LLC
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$80,474.53**

---

Debtor    **JN Winddown, LLC**                                    Case number (if known) _____
            Name

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.93 |

**Orkin Pest Control**
PO Box 7161
Pasadena, CA 91109-7161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,845.17 |

**Packaging Corporation of America**
1955 West Field Court
Lake Forest, IL 60045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,704.00 |

**Parsons Behle & Latimer**
201 South Main Street Suite 1800
Salt Lake City, UT 84111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.05 |

**Pepsi Cola of Springville**
940 Spring Creek Pl
Springville, UT 84663-3054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,845.00 |

**Photofy, Inc.**
2138 Pine Drive
Raleigh, NC 27608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,006.11 |

**PhotoShelter, Inc.**
33 Union Square West 2/F
New York, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,060.98 |

**Pitney Bowes Global Financial Services L**
PO Box 371887
Pittsburgh, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **JN Winddown, LLC**                                    Case number (if known) _____
          Name

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,924.78 |

**RBM Services**
**1515 N Riverside Ave.**
**Provo, UT 84604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,294.33 |

**Recycling Network Europe**
**Rene AG Headquarter Steinrinnenweg 1+6**
**D-87745 Eppishausen**
**EUROPE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.19 |

**Republic Services**
**PO Box 78829**
**Phoenix, AZ 85062-8829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $834.28 |

**Revco Leasing Company**
**P.O. Box 65598**
**Salt Lake City, UT 84165-0598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.99 |

**Ricoh USA, Inc.**
**PO Box 660342**
**Dallas, TX 75266-0342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.32 |

**RME, INC**
**PO Box 608**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,549.84 |

**RNH, LLC**
**428 S 1400 E**
**Fruit Heights, UT 84037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **JN Winddown, LLC**              Case number (if known) _____
Name

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,350.54 |
|---|---|---|---|

**Rocky Mountain Power**
PO Box 26000
Portland, OR 97256-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Shawlite Inc.**
3143 S Trailblazer
West Valley, UT 84128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,030.84 |
|---|---|---|---|

**Simply Toner LLC**
1258 E 2050 N
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,888.28 |
|---|---|---|---|

**Squire**
1329 South 800 East
Orem, UT 84003-3366

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,774.97 |
|---|---|---|---|

**Synergy North America Inc.**
10901 W. 120th Avenue Suite 240
Broomfield, CO 80021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,268.30 |
|---|---|---|---|

**Talkdesk, Inc.**
535 Mission Street 12th Floor
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,273.80 |
|---|---|---|---|

**The Hanover Insurance Group**
0228 PO Box 580045
Charlotte, NC 28258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **JN Winddown, LLC**                                    Case number (if known) _____
                Name

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,090.00 |

**The Regulatory Department**
1478 N 280 W
Orem, UT 84057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,716.00 |

**The Travelers Indemnity Company**
0229 PO Box 660317
Dallas, TX 75266-0317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $417.47 |

**Treasure Valley Coffee, Inc**
P.O. Box 71613
Salt Lake City, UT 84171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,535.61 |

**Uline, INC.**
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,888.78 |

**UPS**
Lockbox 577
Carol Stream, IL 60132-0577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.85 |

**UPS Supply Chain Solutions, Inc.**
28013 Network Place
Chicago, IL 60673-1280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,012.50 |

**Urban Model and Film Management, Inc.**
718 N 300 W
Salt Lake City, UT 84103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **JN Winddown, LLC**                                     Case number *(if known)* _____
        Name

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,633.57 |
|---|---|---|---|

**Vasa Fitness**
9815 S Monroe Street #103
)
Sandy, UT 84070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,590.39 |
|---|---|---|---|

**Veracity**
170 Election Road, Ste 200
Draper, UT 84020-6420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,629.31 |
|---|---|---|---|

**Vox Marketing Group**
2222 South 950 East
Provo, UT 84606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $206,280.50 |
|---|---|---|---|

**Vox Marketing Group**
2222 South 950 East
Provo, UT 84606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.94 |
|---|---|---|---|

**Walt Disney Company Pty Ltd**
South Yarra
Melbourne, VIC 3141
AUSTALIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,021.40 |
|---|---|---|---|

**Wisconsin Department of Revenue**
2135 Rimrock Rd.
P.O. Box 8907
Madison, WI 53708-8907

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  12/31/13 to 12/31/15

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,996.93 |
|---|---|---|---|

**Workers Compensation Fund**
PO Box 26488
Payment Processing Center
Salt Lake City, UT 84126-0488

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **JN Winddown, LLC**
_____    Case number (if known) _____
       Name

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,956.88 |
|---|---|---|---|

**Workman Nydegger**
60 East South Temple Suite 1000
Salt Lake City, UT 84111

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $25,761.57 |
|---|---|---|---|

**World Pay**
201 17th St NW #1000
Atlanta, GA 30363

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6,322.30 |
|---|---|---|---|

**WSRP**
155 N 400 W, Suite 400
Salt Lake City, UT 84103

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $17,012.92 |
|---|---|---|---|

**Wynright Corporation**
2500 York Road
Elk Grove, IL 60007

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $15,347.81 |
|---|---|---|---|

**YRC Freight (RDWY)**
P.O. Box 730375
Dallas, TX 75373-0375

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $12,681.55 |
|---|---|---|---|

**ZenPrint**
1825 S East Bay Blvd
Provo, UT 84606

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $36,983.54 |
|---|---|---|---|

**Zion's Commercial Card Services**
1 Main St,
Salt Lake City, UT 84133

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | JN Winddown, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 65,487.01 |
| 5b. Total claims from Part 2 | 5b.   +   $ | 2,900,861.65 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 2,966,348.66 |

**Fill in this information to identify the case:**

Debtor name    **JN Winddown, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)      _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
(Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1.** | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** | |
| | State the term remaining | **open** | Bellstar Marketing, Inc.<br>3466 Voyager Circle<br>San Diego, CA 92130 |
| | List the contract number of any government contract | | |
| **2.2.** | State what the contract or lease is for and the nature of the debtor's interest | **Payment Services Agreement** | |
| | State the term remaining | **open** | Braintree<br>PayPal, Inc.<br>Attn: Legal Department<br>2211 North First Street<br>San Jose, CA 95131 |
| | List the contract number of any government contract | | |
| **2.3.** | State what the contract or lease is for and the nature of the debtor's interest | **Music License** | |
| | State the term remaining | **Expires 12/31/2018** | Broadcast Music, Inc.<br>10 Music Square East<br>Nashville, TN 37203-4399 |
| | List the contract number of any government contract | | |
| **2.4.** | State what the contract or lease is for and the nature of the debtor's interest | **Live Performance and Instructional Services Agreement** | |
| | State the term remaining | **open** | Caleb Marshall<br>P.O. Box 36708<br>Los Angeles, CA 90036 |
| | List the contract number of any government contract | | |

Debtor 1  **JN Winddown, LLC**                                                    Case number (*if known*) _____
          First Name      Middle Name        Last Name

███  **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Internet Service Agreement** | |
|------|---|---|---|
|  | State the term remaining | **Expires 6/21/2019** | **Centurylink**<br>**931 14th Street**<br>**#900**<br>**Denver, CO 80202** |
|  | List the contract number of any government contract | _____ | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Internet Service Agreements** | |
|------|---|---|---|
|  | State the term remaining | **Expires 7/19/2019** | **Comcast**<br>**Attn: Legal Dept.**<br>**1701 John F. Kennedy Blvd.**<br>**Philadelphia, PA 19103-2838** |
|  | List the contract number of any government contract | _____ | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Master Supply Agreement** | |
|------|---|---|---|
|  | State the term remaining | **open** | **Cosmetic Industries, Inc.**<br>**13489 Slover Ave., #A**<br>**Fontana, CA 92337** |
|  | List the contract number of any government contract | _____ | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Printer Lease Agreement** | |
|------|---|---|---|
|  | State the term remaining | **Expires 12/28/2019** | **De Lage Laden Financial Services, Inc.**<br>**Lease Processing Center**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** |
|  | List the contract number of any government contract | _____ | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Services Agreement dated November 1, 2016** | |
|------|---|---|---|
|  | State the term remaining | **Expires 5/5/2020** | **DHL ECommerce (US 3PL)**<br>**2700 South Commerce Parkway**<br>**Suite 300**<br>**Fort Lauderdale, FL 33331** |
|  | List the contract number of any government contract | _____ | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **MLM Association Agreement** | |
|------|---|---|---|
|  | State the term remaining | **expires 4/30/2019** | **Direct Selling Association US**<br>**1667 K Street, NW, Suite 1100**<br>**Washington, DC 20006-1660** |
|  | List the contract number of any | | |

Debtor 1  **JN Winddown, LLC**
_____     Case number *(if known)* _____
First Name        Middle Name        Last Name

**2. List all contracts and unexpired leases** | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  |  |
|---|---|
| government contract | _____ |

| | | |
|---|---|---|
| **2.11.** | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Services Agreement dated June 29, 2016** |
| | State the term remaining | **Expires 6/28/2020** |
| | List the contract number of any government contract | |

**FloQast, Inc.**
**5205 Agnes Ave.**
**Valley Village, CA 91607**

| | | |
|---|---|---|
| **2.12.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Services Agreement** |
| | State the term remaining | **open** |
| | List the contract number of any government contract | |

**Global Mail, Inc. dba DHL eCommerce**
**2700 South Commerce Parkway**
**Suite 300**
**Fort Lauderdale, FL 33331**

| | | |
|---|---|---|
| **2.13.** | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
| | State the term remaining | **Month to month; 3 month cancellation notice** |
| | List the contract number of any government contract | |

**HSI USA Inc. c/o Hyperwallet Systems Inc**
**950 Granville Street**
**Suite 300**
**Vancouver BC V6Z 1L2 Canada**

| | | |
|---|---|---|
| **2.14.** | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated July 14, 2017** |
| | State the term remaining | **year to year** |
| | List the contract number of any government contract | |

**IntegraCore Fulfillment, LLC**
**6077 W. Wells Park Rd.**
**West Jordan, UT 84081**

| | | |
|---|---|---|
| **2.15.** | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** |
| | State the term remaining | **until 90 day notice of termination** |
| | List the contract number of any government contract | |

**Landmark Global, Inc.**
**Attn: General Counsel**
**34 E. Sola St.**
**Santa Barbara, CA 93101**

Debtor 1  **JN Winddown, LLC**                                                    Case number *(if known)* _____
      First Name      Middle Name      Last Name

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | |
|---|---|---|---|
| | State the term remaining | until 90 days notice of termination | Logistic Centre Weert (UK 3PL) Havenweg 16 6006 SM Weert The Netherlands |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | SAAS Services Agreement dated June 15, 2017 | |
|---|---|---|---|
| | State the term remaining | open | Maven Technologies, Inc. 540 Hill Street Apt. 1 San Francisco, CA 94114 |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Licensing Agreement | |
|---|---|---|---|
| | State the term remaining | open | Moon Shine, LP 10594 Route 35 Mount Pleasant Mills, PA 17853 |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Services dated 12/1/17 (Costa Rica) | |
|---|---|---|---|
| | State the term remaining | open | Morris Meetings & Incentives, LLC 101 S. 200 East Suite 100 Salt Lake City, UT 84111 |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Services dated 1/18/2018 (Thailand) | |
|---|---|---|---|
| | State the term remaining | open | Morris Meetings & Incentives, LLC 101 S. 200 East Suite 100 Salt Lake City, UT 84111 |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Agreement | |
|---|---|---|---|
| | State the term remaining | until 30 day termination notice | Netsuite Inc. 2955 Campus Drive Suite 100 San Mateo, CA 94403 |
| | List the contract number of any | | |

Debtor 1   **JN Winddown, LLC**                                                    Case number *(if known)* _____
       First Name       Middle Name       Last Name

**■ Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

       government contract        _____    _____

| | | | |
|---|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Agreement** | |
| | State the term remaining | **Until 60 day termination notice** | **PayPal, Inc.** **eBay Park North** **2211 North First Street** **San Jose, CA 95131** |
| | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated 9/15/17** | |
| | State the term remaining | **expires 10/31/2019** | **Photofy, Inc.** **1053 E Whitaker Mill Rd #107** **Raleigh, NC 27604** |
| | List the contract number of any government contract | | |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **American Fork Home Office Lease** | |
| | State the term remaining | **expires 4/30/2019** | **Pine Valley Realty** **c/o Julie Webb** **372 S. Main St., #A** **Alpine, UT 84004** |
| | List the contract number of any government contract | | |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 3/21/2017** | |
| | State the term remaining | **open** | **Robinsage LLC** **8180 S. 700 East** **Sandy, UT 84070-0562** |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Truck Lease** | |
| | State the term remaining | **expires 3/26/2023** | **Rush Truck Leasing dba Idealease** **P.O. Box 25934** **Overland Park, KS 66225** |
| | List the contract number of any government contract | | |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Snapfulfil Agreement - Warehouse Management System** | **Synergy North America Inc.** **174 E. Bay Street** **Suite 300C** **Charleston, SC 29401** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **JN Winddown, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*) _____

---

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  |  |
|---|---|
| State the term remaining | **expires 2/24/2019** |
| List the contract number of any government contract | _____ |

---

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | **open** | **The Inn at Opryland, A Gaylord Hotel** |
| | List the contract number of any government contract | _____ | **2401 Music Valley Drive** **Nashville, TN 37214-1002** |

---

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Keynote speaker Conference 2018** | |
|---|---|---|---|
| | State the term remaining | **open** | **The Jon Gordon Company** **830-13 A1A North** |
| | List the contract number of any government contract | _____ | **Suite 111** **Ponte Vedra Beach, FL 32082** |

---

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **American Fork Warehouse Lease** | |
|---|---|---|---|
| | State the term remaining | **expires 12/31/2019** | **WI Commercial Properties West AF LLC** **4914 Joanne Kearney Blvd.** |
| | List the contract number of any government contract | _____ | **Tampa, FL 33619** |

---

**Fill in this information to identify the case:**

Debtor name    JN Winddown, LLC

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐   *Schedule H: Codebtors* (Official Form 206H)
- ☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12 / 27 / 2018   x _____
                                    Signature of individual signing on behalf of debtor

                                    **T. Scott Avila**
                                    Printed name

                                    **Chief Restructuring Officer**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **JN Winddown, LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | ■ Operating a business | $55,440,471.00 |
    | | ☐ Other | |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    | --- | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    | --- | --- | --- | --- | --- |
    | 3.1. | **Armory Strategic Partners, LLC** 750 Third Avenue New York, NY 10017 | 10/1/18 | $25,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |

Debtor   JN Winddown, LLC _____     Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2.  Jeff Stephens<br>976 S. 1925 West<br>Orem, UT 84058 | 10/1/18 | $8,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA 90067 | 10/4/18 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4.  National Payment Corporation<br>7541 Dutch Rd<br>Suite B<br>Waterville, OH 43566 | 10/4/18 | $13,314.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  Payroll Tax Management<br>1932 E. Deere Avenue<br>Suite 200<br>Santa Ana, CA 92705 | 10/17/18 | $3,888.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.  Ian Ellis<br>2023 S. 750 E.<br>Lehi, UT 84043 | 10/17/18 | $3,300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7.  Michelle Naylor<br>P.O. Box 1224<br>American Fork, UT 84003 | 10/17/18 | $2,298.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8.  Jeff Stephens<br>976 S. 1925 West<br>Orem, UT 84058 | 10/29/18 | $1,433.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9.  Michelle Naylor<br>P.O. Box 1224<br>American Fork, UT 84003 | 10/29/18 | $1,050.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **JN Winddown, LLC**_____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10 **Ian Ellis**<br>2023 S. 750 E.<br>Lehi, UT 84043 | 10/29/18 | $1,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11 **Kim Quillin**<br>5049 Blackhawk Dr.<br>Danville, CA 94506 | 10/29/18 | $6,394.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12 **Armory Strategic Partners, LLC**<br>750 Third Avenue<br>New York, NY 10017 | 10/29/18 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13 **Ian Ellis**<br>2023 S. 750 E.<br>Lehi, UT 84043 | 10/22/18 | $1,725.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14 **Michelle Naylor**<br>P.O. Box 1224<br>American Fork, UT 84003 | 10/22/18 | $750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15 **Pachulski Stang Ziehl & Jones LLP**<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA 90067 | 10/22/18 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.16 **Armory Strategic Partners, LLC**<br>750 Third Avenue<br>New York, NY 10017 | 10/22/18 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17 **Ian Ellis**<br>2023 S. 750 E.<br>Lehi, UT 84043 | 10/17/18 | $3,300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    JN Winddown, LLC                                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.18. Michelle Naylor<br>P.O. Box 1224<br>American Fork, UT 84003 | 10/17/18 | $2,298.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. Armory Strategic Partners, LLC<br>750 Third Avenue<br>New York, NY 10017 | 12/3/2018 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. Armory Strategic Partners, LLC<br>750 Third Avenue<br>New York, NY 10017 | 11/13/2018 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. Armory Strategic Partners, LLC<br>750 Third Avenue<br>New York, NY 10017 | 12/17/2018 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. Michelle Naylor<br>P.O. Box 1224<br>American Fork, UT 84003 | 12/3/2018 | $787.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23. Michelle Naylor<br>P.O. Box 1224<br>American Fork, UT 84003 | 11/13/2018 | $2,175.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.24. Ian Ellis<br>2023 S. 750 E.<br>Lehi, UT 84043 | 12/3/2018 | $414.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.25. Ian Ellis<br>2023 S. 750 E.<br>Lehi, UT 84043 | 11/13/2018 | $600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    JN Winddown, LLC

Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.26 Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19899-8705 | 12/19/2018 | $45,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.27 Michelle Naylor<br>P.O. Box 1224<br>American Fork, UT 84003 | 12/19/2018 | $340.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28 Ian Ellis<br>2023 S, 750 E.<br>Lehi, UT 84043 | 12/19/2018 | $300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29 Mark Brown<br>4210 Browns Canyon Rd.<br>Peoa, UT 84061 | 12/19/2018 | $5,932.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30 Manor Hill Advisors<br>27541 Manor Hill Rd.<br>Laguna Niguel, CA 92677 | 12/19/2018 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.31 Paladin Management Group<br>633 W. 5th Street<br>28th Floor<br>Los Angeles, CA 90071 | 12/19/2018 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.32 Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19899-8705 | 12/26/2018 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.33 Paladin Management Group<br>633 W. 5th Street<br>28th Floor<br>Los Angeles, CA 90071 | 12/26/2018 | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **JN Winddown, LLC** _____    Case number _(if known)_ _____

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount
    may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
    listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
    debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Kim Quillin**<br>5049 Blackhawk Drive<br>Danville, CA 94506<br>**Chief Financial Officer (former)** | 9/6/2018 | $3,000.00 | **Expense reimbursement** |
| 4.2. | **Kim Quillin**<br>5049 Blackhawk Drive<br>Danville, CA 94506<br>**Chief Finanical Officer (former)** | 8/20/2018 | $3,000.00 | **Expense reimbursement** |
| 4.3. | **Kim Quillin**<br>5049 Blackhawk Drive<br>Danville, CA 94506<br>**Chief Financial Officer (former)** | 7/13/2018 | $9,000.00 | **Expense reimbursement** |
| 4.4. | **Armory Group, LLC**<br>750 Third Avenue<br>New York, NY 10017<br>**Chief Restructuring Officer** | 7/25/2018 | $25,000.00 | **Professional services** |
| 4.5. | **Elizabeth Thibbadeau**<br>4141 Dover Lane<br>Provo, UT 84604<br>**Chief Executive Officer (former)** | 1/10/2018 | $195.54 | **Expense reimbursement** |
| 4.6. | **Elizabeth Thibbadeau**<br>4141 Dover Lane<br>Provo, UT 84604<br>**Chief Executive Officer (former)** | 1/31/2018 | $196.14 | **Expense reimbursement** |
| 4.7. | **Elizabeth Thibbadeau**<br>4141 Dover Lane<br>Provo, UT 84604<br>**Chief Executive Officer (former)** | 3/14/2018 | $9.56 | **Expense reimbursement** |
| 4.8. | **Elizabeth Thibbadeau**<br>4141 Dover Lane<br>Provo, UT 84604<br>**Chief Executive Officer (former)** | 3/15/2018 | $195.73 | **Expense reimbursement** |
| 4.9. | **Armory Group, LLC**<br>750 Third Avenue<br>New York, NY 10017<br>**Chief Restructuring Officer** | 3/30/2018 | $50,000.00 | **Retainer for services** |
| 4.10 | **Armory Group, LLC**<br>750 Third Avenue<br>New York, NY 10017<br>**Chief Restructuring Officer** | 4/6/2018 | $54,543.51 | **Fees for services rendered and expenses** |
| 4.11 | **Elizabeth Thibbadeau**<br>4141 Dover Lane<br>Provo, UT 84604<br>**Chief Executive Officer (former)** | 4/11/2018 | $195.73 | **Expense reimbursement** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **JN Winddown, LLC**                                   Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.12 **Armory Group, LLC**<br>**750 Third Avenue**<br>**New York, NY 10017**<br>**Chief Restructuring Officer** | 4/20/2018 | $100,000.00 | Fees for services rendered |
| 4.13 **Armory Group, LLC**<br>**750 Third Avenue**<br>**New York, NY 10017**<br>**Chief Restructuring Officer** | 5/4/2018 | $100,000.00 | Fees for services rendered |
| 4.14 **Armory Group, LLC**<br>**750 Third Avenue**<br>**New York, NY 10017**<br>**Chief Restructuring Officer** | 5/11/2018 | $100,000.00 | Fees for services rendered |
| 4.15 **Elizabeth Thibbadeau**<br>**4141 Dover Lane**<br>**Provo, UT 84604**<br>**Chief Executive Officer (former)** | 5/31/2018 | $197.07 | Expense reimbursement |
| 4.16 **Armory Group, LLC**<br>**750 Third Avenue**<br>**New York, NY 10017**<br>**Chief Restructuring Officer** | 5/23/2018 | $100,000.00 | Fees for services rendered |
| 4.17 **Kim Quillin**<br>**5049 Blackhawk Drive**<br>**Danville, CA 94506**<br>**Chief Financial Officer (former)** | 5/31/2018 | $31,226.61 | Wages and expense reimbursements |
| 4.18 **Elizabeth Thibbadeau**<br>**4141 Dover Lane**<br>**Provo, UT 84604**<br>**Chief Executive Officer (former)** | 5/31/2018 | $197.07 | Expense reimbursement |
| 4.19 **Armory Group, LLC**<br>**750 Third Avenue**<br>**New York, NY 10017**<br>**Chief Restructuring Officer** | 5/31/2018 | $100,000.00 | Fees for services rendered |
| 4.20 **Kim Quillin**<br>**5049 Blackhawk Drive**<br>**Danville, CA 94506**<br>**Chief Financial Officer (former)** | 6/8/2018 | $9,635.52 | PTO payout |
| 4.21 **Elizabeth Thibbadeau**<br>**4141 Dover Lane**<br>**Provo, UT 84604**<br>**Chief Executive Officer (former)** | 6/15/2018 | $33,446.15 | PTO payout and wages |
| 4.22 **Armory Group, LLC**<br>**750 Third Avenue**<br>**New York, NY 10017**<br>**Chief Restructuring Officer** | 6/19/2018 | $50,000.00 | Fees for services rendered |
| 4.23 **Armory Group, LLC**<br>**750 Third Avenue**<br>**New York, NY 10017**<br>**Chief Restructuring Officer** | 6/28/2018 | $350,000.00 | Fees for services rendered |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at

| Debtor | JN Winddown, LLC | Case number *(if known)* |
|---|---|---|

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Cerberus Business Finance, LLC<br>875 Third Avenue<br>New York, NY 10022 | Subject assets identified by Section 2.1 of Purchase and Sale Agreement between Cerberus Business Finance, LLC and M Network, LLC dated June 27, 2018 including "all Inventory and equipment...and other tangible assets related to the business located at the Jamberry warehouse...and the Jamberry Corporate Office...except for the Excluded Equipment" and "the Jamberry Intellectual Property" | 6/27/2018 | $1,000,000.00 |
| Cerberus Business Finance, LLC<br>875 Third Avenue<br>New York, NY 10022 | Printers sold to American Label | 6/27/2018 | $625,000.00 |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Global Mail, Inc. dba DHL eCommerce vs. Jamberry Nails, LLC<br>189400865 | Civil | Third District Court, Salt Lake Co., UT<br>Matheson Courthouse 450 South State St.<br>P.O. Box 1860<br>Salt Lake City, UT 84114-1860 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | International Products Group, LLC vs. Jamberry Nails, LLC<br>180904601 | Civil | Third District Cout, Salt Lake Co. , UT<br>Matheson Courthouse, 450 South State St.<br>P.O. Box 1860<br>Salt Lake City, UT 84114-1860 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | JN Winddown, LLC | Case number (if known) | |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | McConnel Labs, Inc. v.<br>Jamberry Nails, LLC<br>180401132 | Civil | Fourth District Court, Utah Co., UT<br>75 East 80 North, Suite 202<br>American Fork, UT<br>84003-0986 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | RBM Services Inc. v.<br>Jamberry Nails, LLC<br>18-100163 | Civil | 4th District Court - AF, Utah County, UT<br>75 East 80 North, Suite 202<br>Suite 202<br>American Fork, UT<br>84003-0986 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | BPI Labs, Inc. v. Jamberry Nails, LLC<br>CV-2018-0368 | Civil | Circuit Court, Unita Co., WY<br>225 9th Street<br>Evanston, WY 82930-3473 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Marriot Hotel Services, Inc. v.<br>Jamberry Nails, LLC<br>18-1254-1 | Civil | Chancery Court for Davidson County, TN<br>200 James Robertson Pkwy<br>Nashville, TN 37201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Fight Against Domestic Violence | 12.31.2016-3.31.2017 Contribution | 4/6/17 | $21,730.68 |
| | Recipients relationship to debtor<br>none | | | |
| 9.2. | Fight Against Domestic Violence | Donation from wraps | 5-11-17 | $23,439.00 |
| | Recipients relationship to debtor<br>none | | | |
| 9.3. | Fight Against Domestic Violence | Donation 6.30.2017 | 6/30/17 | $9,533.00 |
| | Recipients relationship to debtor<br>none | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **JN Winddown, LLC**                                    Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.4. | **Fight Against Domestic Violence** | **June 2017 Donations** | 7/13/17 | $1,061.66 |
| | Recipients relationship to debtor **none** | | | |
| 9.5. | **Fight Against Domestic Violence** | **Donation 8.10.2017** | 8/10/17 | $29,455.78 |
| | Recipients relationship to debtor **none** | | | |
| 9.6. | **Fight Against Domestic Violence** | **donation 9.07.2017** | 9-8-17 | $5,596.00 |
| | Recipients relationship to debtor **none** | | | |
| 9.7. | **Fight Against Domestic Violence** | **Remaining July and August** | 10/1/17 | $7,035.98 |
| | Recipients relationship to debtor **none** | | | |
| 9.8. | **Fight Against Domestic Violence** | **Q3 2017 Donation** | 10/6/17 | $31,250.00 |
| | Recipients relationship to debtor **none** | | | |
| 9.9. | **Fight Against Domestic Violence** | **September 2017 Donations** | 10/6/17 | $5,008.99 |
| | Recipients relationship to debtor **none** | | | |
| 9.10. | **Fight Against Domestic Violence** | **Donation for Oct 2017** | 11/9/17 | $6,553.70 |
| | Recipients relationship to debtor **none** | | | |
| 9.11. | **Fight Against Domestic Violence** | **Donation for November 2017** | 12/8/17 | $15,061.38 |
| | Recipients relationship to debtor **none** | | | |

Debtor    **JN Winddown, LLC**    Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.12. **Fight Against Domestic Violence** | **Quarterly payment** | 1/5/18 | $31,250.00 |
| Recipients relationship to debtor **none** | | | |
| 9.13. **Fight Against Domestic Violence** | **FADV Donation 12.2017** | 1/19/18 | $6,534.01 |
| Recipients relationship to debtor **none** | | | |
| 9.14. **Fight Against Domestic Violence** | **Donations for January 2018** | 3/23/18 | $3,692.98 |
| Recipients relationship to debtor **none** | | | |

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Pachulski Stang Ziehl & Jones LLP 919 North Market Street 17th Floor Wilmington, DE 19899-8705** | | 10/22/18 | $25,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

Debtor    **JN Winddown, LLC**                                                    Case number (if known) _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Armory Strategic Partners, LLC** 750 Third Avenue New York, NY 10017 | | 12/3/2018 | $10,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Armory Strategic Partners, LLC** 750 Third Avenue New York, NY 10017 | | 11/13/2018 | $10,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Armory Strategic Partners, LLC** 750 Third Avenue New York, NY 10017 | | 12/17/2018 | $10,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Pachulski Stang Ziehl & Jones LLP** 919 North Market Street 17th Floor Wilmington, DE 19899-8705 | | 12/19/2018 | $45,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.6. | **Manor Hill Advisors** 27541 Manor Hill Rd. Laguna Niguel, CA 92677 | | 12/19/2018 | $10,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **JN Winddown, LLC**                                                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.7. **Paladin Management Group** **633 W. 5th Street** **28th Floor** **Los Angeles, CA 90071** | | **12/19/2018** | **$10,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.8. **Pachulski Stang Ziehl & Jones LLP** **919 North Market Street** **17th Floor** **Wilmington, DE 19899-8705** | | **12/26/2018** | **$10,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.9. **Paladin Management Group** **655 W. 5th Street** **28th Floor** **Los Angeles, CA 90017** | | **12/26/2018** | **$5,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **JN Winddown, LLC**                                    Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **M Network, LLC**<br>**1750 North 464 East**<br>**Orem, UT 84057** | **Subject Assets identified in Section 2 of the Purchase and Sale Agreement dated June 27, 2018 by and among M Network, LLC and Jamberry Nails, LLC.** | **6/27/2018** | **$250,000.00** |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **751 E. Quality Drive**<br>**American Fork, UT 84003** | **11/2014 to 6/2018** |
| 14.2. | **1350 West 200**<br>**South Lindon, UT 84042** | **4/2012 to 6/2018** |
| 14.3. | **12552 South 125 West**<br>**Draper, UT 84020** | **8/2014 to 8/2016** |

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

       ■ No Go to Part 10.
       ☐ Yes. Fill in below:

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Debtor    JN Winddown, LLC _____    Case number *(if known)* _____

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo**<br>**733 Marquette Ave.**<br>**Minneapolis, MN 55402** | XXXX-5878 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other **AP/Operating Account** | **August 2018** | **Unknown** |
| 18.2. | **Wells Fargo**<br>**733 Marquette Ave.**<br>**Minneapolis, MN 55402** | XXXX-5886 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other **Collections Account** | **August 2018** | **Unknown** |
| 18.3. | **Wells Fargo**<br>**733 Marquette Ave.**<br>**Minneapolis, MN 55402** | XXXX-5894 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Wire/ACH Account** | **August 2018** | **Unknown** |
| 18.4. | **Wells Fargo**<br>**733 Marquette Ave.**<br>**Minneapolis, MN 55402** | XXXX-5902 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Cash Collateral Account** | **August 2018** | **Unknown** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    JN Winddown, LLC                                                          Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Fort Knox Storage**<br>**2400 North 1200 West**<br>**Lehi, UT 84043** | **Ian Ellis**<br>**Mark Brown**<br>**Rick Mortenson** | **Human Resource records** | ☐ No<br>■ Yes |

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

Debtor    **JN Winddown, LLC**                                                   Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Jesse Hanks**<br>4532 Park Hallow Lane<br>Riverton, UT 84096 | 9/17/2015 to 9/28/2018 |
| 26a.2.   **Mark Strawn**<br>1403 Rolling Sage Way<br>Saratoga Springs, UT 84009 | 3/28/2016 to 9/22/2017 |
| 26a.3.   **Ian Ellis**<br>2023 S 750 E<br>Lehi, UT 84043 | 6/29/2015 to 4/2/2018 |
| 26a.4.   **Nicole Goodwin**<br>2897 West Rolling Creek Way<br>South Jordan, UT 84095 | 1/19/2016 to 6/29/2018 |
| 26a.5.   **Brittany Watkins**<br>1575 South 100<br>Orem, UT 84058 | 5/4/2015 to 9/7/2018 |
| 26a.6.   **Dustin Hanson**<br>1892 W 2250 N<br>Lehi, UT 84043 | 9/15/2015 to 5/11/2018 |
| 26a.7.   **Mark Walkenhorst**<br>2147 Ruger Drive<br>Saratoga Springs, UT 84045 | 2/27/2017 to 12/15/2017 |
| 26a.8.   **Kim Quillin**<br>5049 Blackhawk Drive<br>Danville, CA 94506 | 7/17/2017 to 9/12/2018 |
| 26a.9.   **Michelle Naylor**<br>PO Box 1224<br>American Fork, UT 84003 | 5/5/2016 to 9/28/2018 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Ernst & Young LLC**<br>15 W South Temple<br>Suite 1800<br>Salt Lake City, UT 84101 | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Squire & Company PC**<br>1329 S 800 E<br>Orem, UT 84097 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    JN Winddown, LLC                                          Case number (if known) _____

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Kim Quillin | |
| 26c.2.    Squire & Company PC<br>1329 S 800 E<br>Orem, UT 84097 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    Zions Bank
PO Box 30709
Salt Lake City, UT 84130

26d.2.    Wells Fargo Bank N.A.
PO Box 63020
San Francisco, CA 94163

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Avila | 762 Lakeshore Blvd<br>Incline Village, NV 89450 | Chief Restructuring Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stuart Martin | 1185 Avenue of the Americas<br>39th Floor<br>New York, NY 10036 | Officer of parent Jamberry<br>Nails Intermediate, LLC | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brian Bowers | 126 North 1270 East<br>American Fork, UT 84003 | Chief Operations Officer | Term Date: 2018 |

Debtor    **JN Winddown, LLC**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Brick Bergeson** | **4417 Oxford Way Bountiful, UT 84010** | **Chief Growth Officer** | **Term Date: 2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Elizabeth Thibbadeau** | **4141 Dover Lane Provo, UT 84604** | **Chief Executive Officer** | **Term Date: 04/08/18** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Kim Quillin** | **5049 Blackhawk Drive Danville, CA 94506** | **Chief Financial Officer** | **Term Date: 9/11/18** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Debtor    **JN Winddown, LLC**                                          Case number *(if known)* _____

---

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/27/2018

_____         **T. Scott Avila**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207)* attached?
■ No
☐ Yes

# United States Bankruptcy Court
### District of Delaware

In re    JN Winddown, LLC _____       Case No. _____

                      Debtor(s)      Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   12/27/2018 _____         _____

                                         T. Scott Avila/Chief Restructuring Officer
                                         Signer/Title

AB Graphic International
2755 Pinnacle Drive
Matt Billuni
Elgin, IL 60124

Adela Alba
703 Orchard Dr
Orem, UT 84057

Alyssa Hall Makeup Artistry
335 South Nebo Drive
Spanish Fork, UT 84660

AB Graphic International
2755 Pinnacle Drive
Matt Billuni
Elgin, IL 60124

Adriana Barragan
466 N 900 W
Orem, UT 84057

Amada Ortiz
1751 N 980 W
Orem, UT 84057

Abigail Hassinger
1682 N 980 W
Orem, UT 84057

Aimee Meier
100 E 4th Street
Frederick, MD 21701

Amanda Larson
22401 N Los Caballos 21st
Scottsdale, AZ 85255

Accelerated Packaging
PO Box 536
Payson, UT 84651

Alberto Fournier
976 Wood Ave
Geneva, IL 60134

American Chemistry Council dba C
2900 Fairview Park Drive
Falls Church, VA 22042-4513

Accelerated Packaging
PO Box 536
Payson, UT 84651

Ali Doyle
PO Box 85
Vanceburg, KY 41179

American Fork City
51 East Main
American Fork, UT 84003

ACE Recycling & Disposal
P.O. Box 2608
Salt Lake City, UT 84110

Alison Krebs
1345 Dogwood Dr.
Mapleton, UT 84664

American Label
4517 W 1730 S Suite 6416,
Salt Lake City, UT 84104

ACE Recycling & Disposal
P.O. Box 2608
Salt Lake City, UT 84110

Alliance Benefit Group-Rocky Mountain
7090 South Union Ave. Suite 650
Salt Lake City, UT 84047

American Label
4517 West 1730 South
Salt Lake City, UT 84104

Adam Hennings
338 E South Temple Apt 321
Salt Lake City, UT 84111

Alliance Benefit Group-Rocky Mountain
7090 South Union Ave. Suite 650
Salt Lake City, UT 84047

Amy Magneson
10 Cobb Ave
White Plains, NY 10606

Adam Hepworth
81 Windsong Dr.
Pleasant Grove, UT 84062

Alpha Graphics
454 West 800 North
Orem, UT 84057

Ana Mosso de Torres
529 North 550 West
Orem, UT 84057

Addisons

Alpha Graphics
454 West 800 North
Orem, UT 84057

Andrea Arce
828 East 300 South #14
Provo, UT 84606

Anita Purdy
1265 N 300 W #26
Lehi, UT 84043

Ashton Wolffinden
7888 N 7800 W
Lehi, UT 84043

Ayelen Cordoba
Ayelen Cordoba 1555 Sandhill Roa
Orem, UT 84058

Aracely  A Robles
843 North 880 West
Pleasant Grove, UT 84062

Ashley Monty
320 WEstfield Circle
Alpine, UT 84004

AzTech Converting Systems, Inc.
212 West Lodge Drive
Tempe, AZ 85283

Aries Global Logistics, Inc.
P.O. Box 592
Franklin Square, NY 11010

Aspen Press & Packaging
3555 West Ninigret Drive Suite 400
Salt Lake City, UT 84104

AzTech Converting Systems, Inc.
212 West Lodge Drive
Tempe, AZ 85283

Aries Global Logistics, Inc.
PO Box 592
Franklin Square, NY 11010

Aspen Press & Packaging
3555 West Ninigret Drive Suite 400
Salt Lake City, UT 84104

Bellstar Marketing, Inc
3476 Rich Field Drive
Carlsbad, CA 92010

Aries Global Logistics, Inc.
PO Box 592
Franklin Square, NY 11010

Asuka U Miller
302 N Palisade Drive
Orem, UT 84097

Bellstar Marketing, Inc
3476 Rich Field Drive
Carlsbad, CA 92010

Arizona Dept. of Revenue
PO Box 29010
Phoenix, AZ 85038-9010

Aubrie Penfold
939 South 2100 West
Orem, UT 84058

Bellstar Marketing, Inc.
3466 Voyager Circle
San Diego, CA 92130

Arizona Model Management, LLC
4729 East Sunrise Drive Suite 227
Tucson, AZ 85717

August Monroe
202 South 1700 West
Lehi, UT 84043

Benjamin Stilson
2287 E Dugway Drive
Eagle Mountain, UT 84005

Armory Group, LLC
1230 Rosecrans Avenue Suite 660
Manhattan Beach, CA 90266

Australian Taxation Office
Locked Bag 1793 Penrith NSW 1793
AUSTRALIA

Bennett-Tueller Johnson & Deere
3165 East Millrock Drive Ste 500
Salt Lake City, UT 84121-4704

Armstrong Transport Group, Inc.
PO Box 745100
Atlanta, GA 30374-5100

Australian Taxation Office
Locked Bag 1793
Penrith NSW 1793
AUSTRALIA

Bennett-Tueller Johnson & Deere
3165 East Millrock Drive Ste 500
Salt Lake City, UT 84121-4704

Armstrong Transport Group, Inc.
PO Box 745100
Atlanta, GA 30374-5100

Authority Heating & Cooling
425 N 600 W
Orem, UT 84057

Berlin Packaging LLC
25 West Monroe Street 14th Floor
Chicago, IL 60661

Best Shred
5406 W 11000 N Ste 103   PMB #542
Highland, UT 84003

BPI Labs, Inc.
97 S. Red Willow Rd
Evanston, WY 82930

Broadcast Music, Inc.
10 Music Square East
Nashville, TN 37203-4399


Best Shred
5406 W 11000 N Ste 103   PMB #542
Highland, UT 84003

Brady Industries, LLC
7055 Lindell Road
Las Vegas, NV 89118

Brooke   Taylor
108 East 1500 South
Orem, UT 84058


Betty   Carter
315 N 725 W
Orem, UT 84057

Brady Industries, LLC
7055 Lindell Road
Las Vegas, NV 89118

Bryan   Guevara
24 Hanover Drive
Orem, UT 84058


Blomquist Hale Consulting Group, Inc.
860 East 4500 South Suite 202
Salt Lake City, UT 84107

Braintree
PayPal, Inc.
Attn: Legal Department
2211 North First Street
San Jose, CA 95131

Bryce Revelli
325 East 500 South
Pleasant Grove, UT 84062


Blomquist Hale Consulting Group, Inc.
860 East 4500 South Suite 202
Salt Lake City, UT 84107

Brayden Baker
1450 South State Street B413
Orem, UT 84097

Bryce Richards
10496 Iverson Lane
Highland, UT 84003


Bobby M. Junkins, Judge of Probate
PO Box 187
Gadsden, AL 35902

Brent Boroughs
2278 Cimmaron Drive
Springville, UT 84663

Bryn McEwan
9687 North Hummer Drive
Eagle Mountain, UT 84005


Boise Packaging & Newsprint, LLC
PO Box 51655
Los Angeles, CA 90051-5955

Brian Bowers
1276 North 1270 East
American Fork, UT 84003

C.H Robinson Worldwide, Inc.
14701 Charlson Road Suite 1400
Eden Prairie, MN 55347


Boise Packaging & Newsprint, LLC
PO Box 51655
Los Angeles, CA 90051-5955

Brick Bergeson
4417 Oxford Way
Bountiful, UT 84010

Cactus & Tropicals
2735 S 2000 E
Salt Lake City, UT 84109


Bourne & Weir
11/50 Market St,
Melbourne VIC 3000
AUSTRALIA

Brittany Watkins
1575 South 100 East
Orem, UT 84058

Cactus & Tropicals
2735 S 2000 E
Salt Lake City, UT 84109


BPI Labs, Inc.
97 S. Red Willow Rd
Evanston, WY 82930

Broadcast Music, Inc.
10 Music Square E
Nashville, TN 37203

Caitlyn Brooksby
7650 Euro Drive E305
Midvale, UT 84047

Caleb  Marshall
P.O.  Box  36708
Los Angeles, CA 90036

Centurylink  Communications
100  Centurylink  Drive
Monroe, LA 71203

Christina  Stark
1253  E  Forest  Ridge  Rd
Sandy, UT 84094

Canada  Revenue  Agency
201  St.  George  Street
Bathhurst,  NB
E2A  1B8
Canada

Cerberus  Business  Finance,  LLC
875  Third  Avenue  14th  Floor
New York, NY 10022

Christopher  Cullen
3143  South  Trailblazer  Cove
West Valley City, UT 84128

Carolina  Brown
3636  West  5225  South
Roy, UT 84067

Cerberus  Business  Finance,  LLC
875  Third  Avenue
New York, NY 10022

Christy  Hepworth
81  Windsong  Dr
Pleasant Grove, UT 84062

Carter  Fink
109  S  1125  W
Springville, UT 84663

Cerberus  Business  Finance,  LLC
875  Third  Avenue  14th  Floor
New York, NY 10022

Christy  Hepworth
81  Windsong  Drive
Pleasant Grove, UT 84062

CasePak,  Inc.
228  West  12300  South  Suite  101
Draper, UT 84020

Certified  Shred
537  West  Pickett  Circle  Suite  600
Salt Lake City, UT 84115

Cigna  Health  and  Life  Insurance  C
PO  Box  13701
Philadelphia, PA 19101-3701

CasePak,  Inc.
228  West  12300  South  Suite  101
Draper, UT 84020

Certified  Shred
537  West  Pickett  Circle  Suite  600
Salt Lake City, UT 84115

Cigna  Health  and  Life  Insurance  C
PO  Box  13701
Philadelphia, PA 19101-3701

Casey  Hyer
7861  South  Oakledge  Rd
Cottonwood Heights, UT 84121

Chad  Johnson
2852  E  Ruby  Valley  Drive
Eagle Mountain, UT 84005

Cigna  Healthcare
c/o  Wells  Fargo  Bank  Cigna  Health
Denver, CO 80291

Cathleen  Brown
494  South  2330  West
Provo, UT 84601

Chelsea  Palacios
985  East  80  North
Springville, UT 84663

Cindy   A  Barahona
232  N  750  E
Orem, UT 84058

Centurylink
931  14th  Street
#900
Denver, CO 80202

Chelsea  Schow
347  W  1570  N
Pleasant Grove, UT 84062

Cintas  Corporation  #180
P.O.  Box  650838
Dallas, TX 75265-0838

Centurylink  Communications
100  Centurylink  Drive
Monroe, LA 71203

Chris  Schow
80  S.  1300  E.
Pleasant Grove, UT 84062

Clty  and  County  of  Denver
Department  of  Finance  Clty  and  Cc
Dallas, TX 75266-0860

City of Alamosa
Finance Department
PO Box 419
Alamosa, CO 81101

City of Cannon
PO Box 17946
Denver, CO 80217

City of Durango
949 E 2nd Ave
Durango, CO 81301

City of Glendale
PO Box 800
Glendale, AZ 85311-0800

City of Lamar
Sales Tax Department
102 E. Parmenter
Lamar, UT 84052

City of Lone Tree
Tax Return and License Renewal
PO Box 17987
Denver, CO 80217-0987

City of North Glenn
Sales Tax Division
11701 Community Center Drive
Northglenn, CO 80233

City of Palmer
231 W Evergreen Ave
Palmer, AK 99645

City of Sharonville dba Prestige AV & Cr
10900 Reading Road
Sharonville, OH 45241

City of Wasilla
Finance Department
290 East Herning Avenue
Wasilla, AK 99654

Clarivate Analytics dba Compumark
1500 Spring Garden Street
Philadelphia, PA 19130

Clarivate Analytics dba Compumark
1500 Spring Garden Street
Philadelphia, PA 19130

Claudia Guerra
176 N 840 W
Orem, UT 84057

Cogency Global Inc.
10 East 40th Street   10th Floor
New York, NY 10016

Colonial Life
Processing Center P.O. Box 1365
Columbia SC 29203  1365

Colonial Life Processing Center
P.O. Box 1365
Columbia, SC 29203

Comcast
Attn: Legal Dept.
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103-2838

Comcast Business
One Comcast Center, 32nd Floor
Philadelphia, PA 19103

Construction Solutions & Engineering
39 West Olympic Lane
Elk Ridge, UT 84651

Consumer Product Testing
70 New Dutch Lane
Fairfield, NJ 07004

Corber Solutions, LLC
Accounts Receivable
PO Box 2211
Seattle, WA 98111-2211

Cory Gurney
1535 North 600 West
Lehi, UT 84043

Cosmetic Design Group, LLC
5673 Selmaraine Drive
Culver City, CA 90230

Cosmetic Design Group, LLC
5673 Selmaraine Drive
Culver City, CA 90230

Cosmetic Industries, Inc
13489 Slover Ave.
Fontana, CA 92337

Cosmetic Industries, Inc.
13489 Slover Ave., #A
Fontana, CA 92337

CosWel Korea Industries INC
#503, 247,Sillim-ro Gwanak-gu,
Seoul 088-44
REPUBLIC OF KOREA

Courtney Evans
316 E Deer Crest Lane
Alpine, UT 84004

Courtney Richards
1263 North 100 East
American Fork, UT 84003

Cristina Timothy
130 East 400 south
Spanish Fork, UT 84606

Crown Lift Trucks
PO Box 641173
Cincinnati, OH 45264-1173

Darrin Allred
2051 Centennial Blvd
Saratoga Springs, UT 84045

Dennis McIntyre
415 S. Loader Drive
Pleasant Grove, UT 84062


CT Leasing, LLC
P.O. Box 84
Boise, ID 83701

David Ashby
4728 W 11900 S
Payson, UT 84651

Dentist Direct
1010 North 500 East Suite 101 Nor
Salt Lake, UT 84054


CT Leasing, LLC
P.O. Box 84
Boise, ID 83701

David Tuttle
4200 North Seasons View Dr.
Lehi, UT 84043

Derek Christenson - AUS
4659 West Baldy Dr.
West Jordan, UT 84088


CTL Packaging USA, Inc
PO Box 603754
Charlotte, NC 28260-3754

David Valerio
55 North 970 West
Orem, UT 84057

Derek Christenson
4659 West Baldy Dr.
West Jordan, UT 84088


CTL Packaging USA, Inc
PO Box 603754
Charlotte, NC 28260-3754

DCatalog Inc
2635 North First Street Suite 102
San Jose, CA 95134

Desiree Baker
1450 South State Street B413
Orem, UT 84097


Cynthia Lopez
1079 West 965 North #303
Orem, UT 84057

De Lage Laden Financial Services, Inc.
Lease Processing Center
1111 Old Eagle School Road
Wayne, PA 19087

DGI Training Inc.
1060 El Camino Real Suite C
Redwood City, CA 94063


Cynthia Ramos
774 East 950 North
Orem, UT 84097

DE Lage Landen
P.O. Box 41602
Philadelphia, PA 19101-1602

DGI Training Inc.
1060 El Camino Real Suite C
Redwood City, CA 94063


Cynthia Tibbett
11045 N 5650 W
Highland, UT 84003

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

DHL eCommerce
2700 C. Commerce Parkway
Suite 300
Fort Lauderdale, FL 33331


Dallas J Brady
7975 Sparrowhawk Circle
Eagle Mountain, UT 84005

Deborah Collimon
100 South Geneva Road H302
Vineyard, UT 84058

DHL eCommerce
2700 C. Commerce Parkway Suite
Weston, FL 33331


Daneisha Kirksey
63 N Orem Boulevard
Orem, UT 84057

Denise Miller
25 Bolton Court
Martinsburg, WV 25405

DHL eCommerce
2700 C. Commerce Parkway Suite
Weston, FL 33331

DHL ECommerce (US 3PL)
2700 South Commerce Parkway
Suite 300
Fort Lauderdale, FL 33331

Direct Selling Australia
207/13A Montegomery Street
PO Box 744
Kogarah NSW 2217
AUSTRALIA

DST Express LLC
DST Express LLC P.O. Box 503
Springville, UT 84663

DHL Express - USA
16592 Collections Center Drive
Chicago, IL 60693

Discovery Recovery Department
PO Box 830471
Birmingham, AL 35283

DST Express LLC
P.O. Box 503
Springville, UT 84663

DHL Express - USA
16592 Collections Center Drive
Chicago, IL 60693

Disney Consumer Products
500 Southe Buena Vista Street
Burbank, CA 91521-8171

Dustin Hanson
1892 W 2250 N
LEHI, UT 84043

DHL Express Mexico S.A de C.V
Montes Urales 505 Piso 2 Lomas de Chapu
Miguel Hidalgo DF 11000
MEXICO

Dominion Energy Utah
333 South State Street
Acct Number: 6856202302
Salt Lake City, UT 84145-0360

Dylan Schorer
318 E 12000 S
Draper, UT 84020

DHL Express Mexico S.A de C.V
Montes Urales 505 Piso 2 Lomas de Chapu
Miguel Hidalgo DF 11000
MEXICO

Domo, Inc.
772 E Utah Valley Drive
American Fork, UT 84003

Eden Roc, LLP
4525 Collins Ave
Miami Beach, FL 33140-3226

DHL Metropolitan Logistics
Montes Urales 505 Piso 2
Lomas de Chapultepec 1 Seccion
Miguel Hidalgo DF 11000
MEXICO

Domo, Inc.
772 E Utah Valley Drive
American Fork, UT 84003

Eden Roc, LLP
Eden Roc, LLP 4525 Collins Ave
Miami Beach, FL 33140-3226

DHL Metropolitan Logistics
Autopista Quer taro - M xico Km. 34.5, S
54750 Cuautitl n Izcalli, M x.
MEXICO

Drive Marketing
8689 South 700 West
Sandy, UT 84070

Elizabeth Fink
109 S 1125 W
Springville, UT 84663

DHS Products, INC.
1024 North Production Road
Cedar City, UT 84721

Drive Marketing
8689 South 700 West
Sandy, UT 84070

Emily A Klingonsmith
7847 Cedar Crest Drive
Eagle Mountain, UT 84005

Digis Networks LLC dba Rise Broadband
PO Box 844580
Boston, MA 02284-4580

Driver Provider Phoenix
3439 South 40th Street
Phoenix, AZ 85040

Eric   Koeing
4265 Waterford Court
Provo, UT 84604

Direct Selling Association US
1667 K Street, NW, Suite 1100
Washington, DC 20006-1660

Driver Provider Phoenix
3439 South 40th Street
Phoenix, AZ 85040

Erica Herold
299 East 300 North
Springville, UT 84663

Ericka Contreras
1258 East 600 South
Spanish fork, UT 84660

Fedex
PO Box 7221
Pasadena, CA 91109-7321

Go-2 Fulfillment
12248 S. Lone Peak Parkway Suite
Draper, UT 84020

Ernest Packaging Solutions
PO Box 27086
Salt Lake City, UT 84127

Fight Against Domestic Violence
7915 S Siesta Drive
Cottonwood Heights, UT 84093

Go-2 Fulfillment
12248 S. Lone Peak Parkway Suite
Draper, UT 84020

Ernest Packaging Solutions
PO Box 27086
Salt Lake City, UT 84127

Filiberto Haro
340 North 725 West
Orem, UT 84057

Gowling WLG Canada
1 First Canadian Place,
100 King St. W, Ste 1600
Toronto Ontario M5X 1G5
CANADA

Ernst & Young LLP
Wells Fargo Bank, NA PO Box 846793
Los Angeles, CA 90084-6793

Flexco Concepts
100 Armstrong Rd Ste 103
Plymouth, MA 02360

Gowling WLG UK LLP
4 More London Riverside,
London SE1 2AU
UK

Ernst & Young LLP
Wells Fargo Bank, NA PO Box 846793
Los Angeles, CA 90084-6793

Flexco Concepts
100 Armstrong Rd Ste 103
Plymouth, MA 02360

Green Frog Cleaning
1001 West 1020 South
Provo, UT 84601

Esonus, LLC
12171 Pineridge Road
Sandy, UT 84094

FloQast, Inc.
5205 Agnes Ave.
Valley Village, CA 91607

Green Frog Cleaning
1001 West 1020 South
Provo, UT 84601

Esonus, LLC
12171 Pineridge Road
Sandy, UT 84094

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531

Green Guard First Aid & Safety S
422 South 8750 East
Huntsville, UT 84317

Events & Logistics Management, Inc.
3123 Mary Street Suite #B
Miami, FL 33133

Gail Payne
1641 N 980 W
Orem, UT 84057

Gregory Tibbitts
1234 White Horse Circle
Kaysville, UT 84037

Expeditors International
350 North John Glenn Rd. Building #2, Su
Salt Lake city, UT 84116

George Norr
8166 Angel St.
Sandy, UT 84070

Haas Outdoors, Inc.
PO Box 757
West Point, MS 39773

FDM Warehousing
7 Eucalyptus Place
Eastern Creek NSW 2766 Sydney
AUSTRALIA

Global Mail, Inc. dba DHL eCommerce
2700 South Commerce Parkway
Suite 300
Fort Lauderdale, FL 33331

Hanchett Paper Company dba Sho
4000 Ferry Road
Aurora, IL 60502

Hanchett Paper Company dba Short Packaging Jones
4000 Ferry Road
Aurora, IL 60502

11006 S Hampton Way
South Jordan, UT 84009

Indigo America, Inc.
P.O. Box 415573
Boston, MA 02241-5573

Haysmacintyre
26 Red Lion Square London  WC1R 4AG
UNITEDKINGDOM

HSI USA INC
575 Market St Suite 3650
San Francisco, CA 94105

Inetz
1055 East 3900 South
Salt Lake City, UT 84124

Haysmacintyre
26 Red Lion Square
London  WC1R 4AG
UNITED KINGDOM

HSI USA Inc. c/o Hyperwallet Systems Inc
950 Granville Street
Suite 300
Vancouver BC V6Z 1L2 Canada

Inetz
1055 East 3900 South
Salt Lake City, UT 84124

Heather Lambert
13018 S Hunter Hollow
Draper, UT 84020

Hudson Printing Company
241 West 1700 South
Salt Lake City, UT 84115

IntegraCore Fulfillment, LLC
6077 West Wells Park Road
West Jordan, UT 84081

Heather Webster
2801 E Nila Way
Salt Lake City, UT 84124

Hudson Printing Company
241 West 1700 South
Salt Lake City, UT 84115

IntegraCore Fulfillment, LLC
6077 West Wells Park Road
West Jordan, UT 84081

Henriksen Butler Design Group
249 South 400 East
Salt Lake City, UT 84111

Ian Ellis
221 N 1200 W APT 101
Orem, UT 84057

IntegraCore Fulfillment, LLC
6077 W. Wells Park Rd.
West Jordan, UT 84081

HM Revenue & Customs
Alexander House, 21 Victoria Avenue
Southend-on-Sea
SS99 1BD
United Kingdom

Ian Ellis
2023 S 750 E
Lehi, UT 84043

Intermountain Healthcare
MISC A/R PO Box 57703
Murray, UT 84157-0703

HOJ Engineering & Sales., LLC
862 Fine Drive
Salt Lake City, UT 84119

IMG College Licensing
The Collegiate Licensing Company
1075 Peachtree Street Suite 3300
Atlanta, GA 30309

Intermountain Print Finishing
4003 South 210 West
Salt Lake City, UT 84107

HOJ Engineering & Sales., LLC
862 Fine Drive
Salt Lake City, UT 84119

inContact, Inc
Lockbox Payment Center #5450 PO Box 4515
Salt Lake City, UT 84141

Intermountain Staffing
PO Box 540587 North
Salt Lake City, UT 84054

Holly   Swasey
8923 S Sutton Way
Cottonwood Heights, UT 84093

Indigo America, Inc.
P.O. Box 415573
Boston, MA 02241-5573

Intermountain Staffing
PO Box 540587 North
Salt Lake City, UT 84054

Intermountain WorkMed
PO Box 30180
Salt Lake City, UT 84130

J Tedeschi & Associates LLC
8240 Lakewood Ranch Blvd 102
Lakewood Ranch, FL 34202

Jesse Hanks
4532 Park Hallow Lane
Riverton, UT 84096

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Jacie A Viloria
1036 S high Ridge Road
Spanish Fork, UT 84660

Jesse Stebbins
565 East 3665 South
Salt Lake City, UT 84106

Internal Revenue Service
P.O. Box 267
Stop 812
Covington, KY 41019-0001

Jacob Richard Allen Todd
1021 E 60 S
Spanish Fork, UT 84660

Jessica Hubbard
343 Conifer Drive
Fayetteville, NC 28314-1386

International Paper
PO Box 31001-0780
Pasadena, CA 91110-0780

Jamberry Nails Intermediate, LLC
c/o Stuart Martin
1185 Avenue of the Americas
39th Floor
New York, NY 10036

Jessica L Hellewell
1105 W 450 N
Provo, UT 84601

International Paper
PO Box 31001-0780
Pasadena, CA 91110-0780

James Crawford
749 S 400 E
Payson, UT 84651

Jessie Allen
648 West 250 North
Lindon, UT 84042

International Products Group, LLC
406 W South Jordan Parkway   Suite 420
South Jordan, UT 84095

Jane Walter
364 S Murdock Dr
Pleasant Grove, UT 84062

Jiangxi Angnaiya Industrial Co., Ltd
9th Floor MSQ Building   No.888 Hi
Jiangxi Nanchang   330012
CHINA

inWhatLanguage, LLC.
inWhatLanguage, LLC. 3007 So West Temple
Salt Lake City, UT 84115

Jared De La Cruz
1632 West 110 North
Pleasant Grove, UT 84062

Joel Guldenschuh
292 W Galena Park Blvd
Draper, UT 84020

Issimo Productions
230 North 1200 East   Suite 101
Lehi, UT 84043

Jeff Stephens
976 S 1925 W
Orem, UT 84058

Johnny Ahn
165 North 1650 West
Pleasant Grove, UT 84062

Ithos Global, Inc.
333 Broadway Suite 440
Troy, NY 12180

Jennifer Brough
1672 N 850 W
Orem, UT 84057

Jonathan H. Bybee dba. Bybeecre
531 Robin Road
Orem, UT 84097

J Tedeschi & Associates LLC
8240 Lakewood Ranch Blvd 102
Lakewood Ranch, FL 34202

Jeremy Knudsen
947 Davis Creek Lane
Farmington, UT 84025

Jose Zurita
244 N 260 W
Orem, UT 84057

Joshua McKell
3641 E Flint Creek Ln
Eagle Mountain, UT 84005

Katherine Crawford
350 S 200 W C513
Salt Lake City, UT 84101

Kimberly Gouldbourne
4 Uppland Road
Putnam Valley, NY 10579-3048

Jovita Rubio
1421 W 50 S
Lehi, UT 84043

Katie Crawford
814 S. Washington Street C5
Salt Lake City, UT 84101

Kimberly Thurman
1270 S 1170 W
Orem, UT 84058

Julie Jackson Hair by Jewwls
590 E 550 S
Heber City, UT 84032

Katie Given
1026 North 1090 West Unit 303
Orem, UT 84057

Kirsti Goslow
285 Echo Lake Road
Echo Bay P0S1C0
CANADA

Julie Masters
14406 144th Street
East Orting, WA 98360

KEB Enterprises
5255 N Edgewood Drive Suite 225
Provo, UT 84604

Kocher + Beck
PO Box 843332
Kansas City, MO 64184-3332

K Laser Technology (USA) Co., LTD
3123 W. MacArthur Blvd
Santa Ana, CA 92704-6907

KEG4 Consortium, Inc
C/O Karl Glasglow
11599 Wilson Circle
Parker, CO 80134

Kocher + Beck
PO Box 843332
Kansas City, MO 64184-3332

Kaili A Smith
9299 N Canyon Heights Drive
Cedar Hills, UT 84062

Kelly Services, Inc.
999 W. Big Beaver Road
Troy, MI 48084

Kori Kuli
41 South 200 East
Provo, UT 84606

Kaili Spear
9475 Canyon Heights Dr
Cedar Hills, UT 84062

Kelly Services, Inc.
999 W. Big Beaver Road
Troy, MI 48084

Kristin Spacek
108 Clarkdale Lane
Gilbertsville, PA 19525

Karin Dykstra
1772 Frost Lane
Naperville, IL 60564

Keri Evans
1177 W 1960 N
Pleasant Grove, UT 84062

Kyle Carroll
1089 W 1200 N
Orem, UT 84057

Katelyn Legget
317 W 200 S
Lindon, UT 84042

Keri Evans
1177 W 1960 N
Pleasant Grove, UT 84062

Kyle Sekaquaptewa
1067 N 600 W
Orem, UT 84057

Katelyn Leggett
317 W 200 S
Lindon, UT 84042

Kevin Chen
2267 Pebblestone Ln
Lehi, UT 84043

Kylee Carter
8386 Crest Road
Eagle Mountain, UT 84005

Landmark Global
P.O. Box 101842
Pasadena, CA 91189-1842

Lex Jet
P.O. Box 538577
Atlanta, GA 30353-8577

Lyndsey Ekstrom
2832 N 550 W
Pleasant Grove, UT 84062

Landmark Global
PO Box 101842
Pasadena, CA 91189-1842

Lina Linwood
52 South 100 West Apt #1
American Fork, UT 84003

Lynette Peery
1295 North 1300 West
Pleasant Grove, UT 84062

Landmark Global
PO Box 101842
Pasadena, CA 91189-1842

Lindon City
100 North State Street
Lindon, UT 84042

Ma Del Carmen Gutierrez Jimenez
1098 N 250 W
Springville, UT 84663

Landmark Global, Inc.
Attn: General Counsel
34 E. Sola St.
Santa Barbara, CA 93101

Lisa Thornton
170 Flint Hill Road
Rocky Mountain, VA 24151

Mackenzie Kyle
3048 E. Backus Road
Mesa, AZ 85213

Landmark Trade Services USA, INC
1 Scrivner Drive
Cheektowaga, NY 14227

Logistic Centre Weert (UK 3PL)
Havenweg 16
6006 SM Weert
The Netherlands

Mackenzie Telford
20 S. 700 E. Apt 2
Provo, UT 84606

Launch Sourcing LLC
2153 South Remington Ave
Saratoga Springs, UT 84045

Logistic Centre Weert B.V
B.V Havenweg 16,
6006 SM Weert GB 232 1038 6
UNITEDKINGDOM

Maco Customs Service
Netherlands B.V., Schepersweg 4B
6049 CV Roermond
NETHERLANDS

Launch Sourcing LLC
2153 South Remington Ave
Saratoga Springs, UT 84045

Logistic Centre Weert B.V
Havenweg 16 6006 SM Weert GB 232 1038 6
UNITED KINGDOM

Macy Webster
3861 E Nila Way
Salt Lake City, UT 84124

Les Olson Company
3244 S 300 W
Salt Lake City, UT 84115

Logistic Centre Weert B.V.
Havenweg 16 6006 SM
Weert GB 232 1038 6 United Kingdom

Madison/Graham Colorgraphics, Inc
P.O. Box 31001-1283
Cenveo Corp
Pasadena, CA 91110-1283

Les Olson Company
3244 S 300 W
Salt Lake City, UT 84115

Lourdes Lourdes Ruiz de Ramirez
522 W 1400 N
Orem, UT 84057

Madison/Graham Colorgraphics, Inc
Cenveo Corp
P.O. Box 31001-1283
Pasadena, CA 91110-1283

Lex Jet
P.O. Box 538577
Atlanta, GA 30353-8577

Lyndsey Ekstrom
2832 North 550 West
Pleasant Grove, UT 84062

Mallory Pettegrew
280 West Riverside Road #617
Mesquite, NV 89027

Marcela  Alvarez
73  S  100  E  American
Fork, UT 84003

Maria  Aquino
597  N  State  St  #31
Orem, UT 84057

Maria  Melendez
195  E  300  S
Pleasant Grove, UT 84062

Marisha  L  Mounga
83  E  1960  N
Orem, UT 84057

Mark  Brown
4210  Browns  Canyon  Rd
Peoa, UT 84061

Mary  Candelario
355  W  920  N  #C201
OREM, UT 84057

Matt   Goms
14267  S  Slide  Hill  Lane
Draper, UT 84020

Matt  Cossey
586  East  870  South
Pleasant Grove, UT 84062

Matthew  Cossey
586  E  870  S
Pleasant Grove, UT 84062

Matthew  Rowley
13129  S  2050  W
Riverton, FL 84065

Maven  Technologies  Inc.
540  Hill  Street  #1
San Francisco, CA 94114

Maven  Technologies  Inc.
540  Hill  Street  #1
San Francisco, CA 94114

Maven  Technologies,  Inc.
540  Hill  Street
Apt. 1
San Francisco, CA 94114

McConnell
406  SW  Umatilla  Ave
Redmond, OR 97756

McConnell
406  SW  Umatilla  Ave
Redmond, OR 97756

McKenzie  E  Smith
1296  E  720  N
Provo, UT 84606

McKenzie  Faught
188  E  Brookeshire
Saratoga Springs, UT 84045

McKenzie  Gillman
936  E  930  N
Orem, UT 84097

McKenzie  Welker
90  E  300  N
Provo, UT 84606

McKinzie    Madsen
1225  West  1000  South  Apt.  E303
Orem, UT 84058

McKinzie  Madsen
1824  W  525  S
Orem, UT 84058

Megan   C  Pierce
656  W  250  N
Lindon, UT 84042

Meghan  Pierce
656  W  250  N
Lindon, UT 84042

Melissa  Mayr
364  North  Seven Peaks  Blvd,  Apt ...
Provo, UT 84606

Memery  Crystal
165  Fleet  Street,
London EC4A 2DY
UK

Michelle  Cochran
358  E  170  S
Lindon, UT 84042

Michelle  Naylor
PO Box 1224
American Fork, UT 84003

Miner  Group
11905  Sara  Road  El  Portal  Industria...
Laredo, TX 78045

Mississippi  Dept.  of  Revenue
PO BOX 23050
Jackson, MS 39225-3050

Mobile  Coach  LLC
55  North  Universiry  Ave  #225
Provo, UT 84601

Modify Ink LLC
PO Box 348
Kaysville, UT 84037

Monica Gubler
1135 N 910 E
Orem, UT 84097

Moon Shine Camo, LP
10594 Route 35
Mt Pleasant Mills, PA 17853

Moon Shine, LP
10594 Route 35
Mount Pleasant Mills, PA 17853

Morris Meetings & Incentives, LLC
101 S. 200 East
Suite 100
Salt Lake City, UT 84111

Morris Meetings & Incentives, LLC
101 S. 200 East
Suite 100
Salt Lake City, UT 84111

Mountainland Applied Technology College
2301 West Ashton Blvd.
Lehi, UT 84043

Murdock Motion LLC
908 South 2150 West
Orem, UT 84058

Nancy Todd
1021 E 60 S
Spanish Fork, UT 84660

National Benefit Services, LLC
PO Box 6980
West Jordan, UT 84084

National Benefit Services, LLC
PO Box 6980
West Jordan, UT 84084

National Registered Agents
PO Box 4349
Carol Stream, IL 60197-4349

NBA Properties, Inc.
JP Morgan Chase
1 Chase Manhattan Plaza
New York, NY 10005

Netsuite Inc.
2955 Campus Drive
Suite 100
San Mateo, CA 94403

New Mexico Taxation and Revenue Dep
P.O. Box 25128
Santa Fe, NM 87504

Nexeo Staffing LLC
2912 Executive Parkway Suite 175
Lehi, UT 84043

Nexeo Staffing LLC
2912 Executive Parkway Suite 175
Lehi, UT 84043

NFL Properties, LLC
PO Box 27278
New York, NY 10087-7278

NFL Properties, LLC
PO Box 27278
New York, NY 10087-7278

NFP Corporate Services UT, Inc
3900 North Traverse Mountain Blvd. Suite
Lehi, UT 84043

Nicole D Komoroski
3135 East Tinamous Road
Eagle Mountain, UT 84005

Nicole Cossey
560 North 680 West
Orem, UT 84057

Nicole Fakahafua
83 East 1960 North
Orem, UT 84057

Nicole Goodwin
2897 W Rolling Creek Way
South Jordan, UT 84095

Niya Model Management
150 South State Street Suite 100
Salt Lake City, UT 84111

Niya Model Management
150 South State Street Suite 100
Salt Lake City, UT 84111

Obviously Social LLC
217 Centre Street
New York, NY 10013

Ohio State University
1100 Kinear Road Ste 210
Columbus, OH 43212

Okta, Inc.
301 Brannan Street Ste 100
San Francisco, CA 94107

Olapic, Inc.
250 Vesey Street 4th Floor
New York, NY 10281

Oracle
15612 Collections Centre Drive
Bronto Software, LLC
Chicago, IL 60693

Oracle - Bronto Software, LLC
15612 Collections Centre Drive
Chicago, IL 60693

Orkin Pest Control
PO Box 7161
Pasadena, CA 91109-7161

Orkin Pest Control
PO Box 7161
Pasadena, CA 91109-7161

Packaging Corporation of America
1955 West Field Court
Lake Forest, IL 60045

Packaging Corporation of America
1955 West Field Court
Lake Forest, IL 60045

Paige Peery
512 E Braidhill Dr
Draper, UT 84020

Pamela Walker
687 W 700 N
Orem, UT 84057

Parr, Brown & Gee Loveless Trust Account
101 South 200 East suite 700
Salt Lake City, UT 84111

Parsons Behle & Latimer
201 South Main Street Suite 1800
Salt Lake City, UT 84111

Parsons Behle & Latimer
201 South Main Street Suite 1800
Salt Lake City, UT 84111

PayPal, Inc.
eBay Park North
2211 North First Street
San Jose, CA 95131

Pedro Perez Aquino
597 N State St #31
Orem, UT 84057

Pepsi Cola of Springville
940 Spring Creek Pl
Springville, UT 84663-3054

Pepsi Cola of Springville
P940 Spring Creek Pl
Springville, UT 84663-3054

Photofy, Inc.
2138 Pine Drive
Raleigh, NC 27608

Photofy, Inc.
2138 Pine Drive
Raleigh, NC 27608

Photofy, Inc.
1053 E Whitaker Mill Rd #107
Raleigh, NC 27604

PhotoShelter, Inc.
33 Union Square West 2/F
New York, NY 10003

PhotoShelter, Inc.
33 Union Square West 2/F
New York, NY 10003

Pine Valley Realty
c/o Julie Webb
372 S. Main St., #A
Alpine, UT 84004

Pitney Bowes Global Financial Ser
PO Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Global Financial Ser
PO Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes-Purchase Power
PO Box 371874
Pittsburg, PA 15250-7874

Private Label Nutraceuticals
1900 Beaver Ridge Circle
Norcross, GA 30071

Raquel Zapata
905 E Center Street
Provo, UT 84606

RBM Services
1515 N Riverside Ave.
Provo, UT 84604

RBM Services
1515 N Riverside Ave.
Provo, UT 84604

Recycling Network Europe
Rene AG Headquarter Steinrinnenw
D-87745 Eppishausen
EUROPE

Reese Poyfair Richards, PLLC
1275 East Fort Union Boulevard Su
Cottonwood Heights, UT 84047

Regional Supply, Inc
4517 W 1730 S
Salt Lake City, UT 84104

RME, INC
PO Box 608
Meridian, ID 83680

Rush Truck Leasing dba Idealease
P.O. Box 25934
Overland Park, KS 66225

Republic Services
PO Box 78829
Phoenix, AZ 85062-8829

RNH, LLC
428 S 1400 E
Fruit Heights, UT 84037

Ryan Penfold
939 South 2100 West
Orem, UT 84058

Republic Services
PO Box 78829
Phoenix, AZ 85062-8829

RNH, LLC
428 S 1400 E
Fruit Heights, UT 84037

Safety-Kleen Systems, Inc
PO Box 650509
Dallas, TX 75265-0509

Revco Leasing Company
P.O. Box 65598
Salt Lake City, UT 84165-0598

Robert Walter
364 S. Murdock Dr.
Pleasant Grove, UT 84062

Salt Palace Convention Center
100 S W Temple
Salt Lake City, UT 84101

Revco Leasing Company
P.O. Box 65598
Salt Lake City, UT 84165-0598

Robin K. Rosenthal
210 North State Street Unit 1
Salt Lake City, UT 84103

Sam Dearing
254 North Birmingham Lane
North Salt Lake, UT 84054

Revenue Discovery Systems-Birmingham, Al
Post Office Box 830471
Birmingham, AL 35283

Robinsage LLC
8180 S. 700 East
Sandy, UT 84070-0562

Samantha Nielsen
1246 N 100 W
American Fork, UT 84003

Richard Mortensen
2780 East 4135 South
Salt Lake City, UT 84124

Rocky Mountain Power
PO Box 26000
Portland, OR 97256-0001

Sandybel Vazquez
1159 South 900 East
Provo, UT 84606

Ricoh USA, Inc.
PO Box 660342
Dallas, TX 75266-0342

Rocky Mountain Power
PO Box 26000
Portland, OR 97256-0001

Sara Ungricht
334 E 950 S
Payson, UT 84651

Ricoh USA, Inc.
PO Box 660342
Dallas, TX 75266-0342

Rubi Lopez
983 West 1055 North #808
Orem, UT 84057

Sarah L Ungricht
334 E 950 S
Payson, UT 84651

RME, INC
PO Box 608
Meridian, ID 83680

Rush Truck Leasing dba Idealease
964 South 3800 West
Salt Lake City, UT 84104

Sarah Griener
3813 Prairie Grass Dr
Lehi, UT 84043

Sarah Griener
3813 North Prairie Grass Drive
Lehi, UT 84043

Sheena Pfadeter
609 South Highpoint Drive
Saratoga Springs, UT 84045

Stacey E Barahona
177 Starcrest Drive
Orem, UT 84058

Sarah Scussel
101 Point Lobos Ave #304
San Francisco, CA 94121

Silvia Reynaga
492 N 400 W
Orem, UT 84057

Staci Simianer
674 East 700 North
Orem, UT 84097

Scarlett  Ensaldo
808 S 750 W APT 2
Orem, UT 84058

Simone LaJaunie
355 W 920 North
Orem, UT 84057

Stacy Sova
9119 Marsh View Dr
Fenton, MI 48430

Sean Weinle
2711 Danville Dr.
Sandy, UT 84092

Simply Toner LLC
1258 E 2050 N
Lehi, UT 84043

Stak Product Services Limited (HK
Rm 1208 Wayson Commercial Bldg
Sheung Wan, Hong Kong
CHINA

Serena Goodell
487 West 1350 South #7-0487
Orem, UT 84058

Simply Toner LLC
1258 E 2050 N
Lehi, UT 84043

State of Ohio
46841 Winterset Dr
Columbus, OH 43220

Sesac, Inc.
35 Music Square East
Nashville, TN 37203

Sorelly Garcia
2939 Wildflower Drive
Dallas, TX 75229

Stephanie Dahle
1750 S Main St
Mapleton, UT 84664

Shaela  Mitchell
94 W 400 N
Spanish Fork, UT 84660

Spectrum Solutions
12248 S. Lone Peak Parkway Suite 106
Draper, UT 84020

Steven Stansfield
5626 West 11450 South
Payson, UT 84651

Shannon Van Grinsven
12-166 Bonaventure Drive
London ON n5v4y4
CANADA

Sprinklr, Inc.
29 West 35th Street 8th Floor
New York, NY 10001

Stirling McLaren
2043 Stadium ln
Provo, UT 84604

Shawlite Inc.
3143 S Trailblazer
West Valley, UT 84128

Squire
1329 South 800 East
Orem, UT 84003-3366

Stophiann Johnson
462 S Lakeview
Vineyard, UT 84058

Shawlite Inc.
3143 S Trailblazer West
Valley, UT 84128

Squire
1329 South 800 East
Orem, UT 84003-3366

Style House PR
172 President Street
Brooklyn, NY 11231

Superior Water & Air
3536 S 1950 W
West Valley City, UT 84119

Tania R Cofer
315 E 300 N
Orem, UT 84057

The Inn at Opryland, A Gaylord H
2401 Music Valley Drive
Nashville, TN 37214-1002

Swagger LLC
3572 East Danish Road
Sandy, UT 84093

Tania N Narvarro
580 G Street Apt. 5
Chula Vista, CA 91910

The Jon Gordon Companies, Inc.
830-13 A1A North Suite 111
Ponte Vedra Beach, FL 32082

Sydney Dietrich
270 North Center Street, #1
American Fork, UT 84003

Tanya Colon
1827 W 800 N
Pleasant Grove, UT 84062

The Jon Gordon Company
830-13 A1A North   Suite 111
Ponte Vedra Beach, FL 32082

Sydney E Roeller
153 North 450 West
American Fork, UT 84003

Tara Webb
1779 Rhine Drive
Easton, PA 18045

The Jon Gordon Company
830-13 A1A North
Suite 111
Ponte Vedra Beach, FL 32082

Synergy North America Inc.
10901 W. 120th Avenue Suite 240
Broomfield, CO 80021

Taylor Ehat
2150 N 2230 W
Lehi, UT 84043

The Kingsbury Group PTY LTD
Lumineye Nail Craft Innovations 2/9
Yatala QLD 4207
AUSTRALIA

Synergy North America Inc.
10901 W. 120th Avenue Suite 240
Broomfield, CO 80021

Taylor Timothy
130 East 400 South
Spanish Fork, UT 84660

The Regulatory Department
1478 N 280 W
Orem, UT 84057

Synergy North America Inc.
174 E. Bay Street
Suite 300C
Charleston, SC 29401

Terry Baughman
2084 South Bullrush Pkwy
Lehi, UT 84043

The Regulatory Department
1478 N 280 W
Orem, UT 84057

TAG Fire Extinguisher Services
7103 South Redwood Road Suite 221
West Jordan, UT 84084

Texas Comptroller
P.O. Box 149348
Austin, TX 78714-9348

The Travelers Indemnity Company
0229 PO Box 660317
Dallas, TX 75266-0317

Talkdesk, Inc.
535 Mission Street 12th Floor
San Francisco, CA 94105

Texas Franchise/Comptroller of Public
P.O. Box 149348
Austin, TX 78714-9348

Therma Glass Windows & Doors I
430 West 1200 North
Orem, UT 84057

Talkdesk, Inc.
535 Mission Street 12th Floor
San Francisco, CA 94105

The Hanover Insurance Group
0228 PO Box 580045
Charlotte, NC 28258

Thread Wallets LLC dba Colby Ba
3937 Edgwood Drive
Provo, UT 84604

Tiffany Nuga
298 W 1250
American Fork, UT 84003

Uline, INC.
PO Box 88741
Chicago, IL 60680-1741

Urban Model and Film Management
718 N 300 W
Salt Lake City, UT 84103

Timothy Schimandle
1577 E Delaware Lane
Salt Lake City, UT 84117

Uline, INC.
PO Box 88741
Chicago, IL 60680-1741

Urban Model and Film Management
718 N 300 W
Salt Lake City, UT 84103

Tina M Abbott
2261 W 670 S
Pleasant Grove, UT 84062

Unimerica Insurance Co
PO Box 860511 Minneapolis MN 55486-0511
Minneapolis, MN 55486-0511

Utah County Tax Assessor
100 East Center Street
Suite 1200
Provo, UT 84606

TinyTorch, Inc.
954 East 1000 North
Pleasant Grove, UT 84062

United Brands Marketing
52-A D-53859 Niederkassel
GERMANY

Utah County Treasurer
Personal Property Division
100 East Center, Suite 1200
Provo, UT 84606

Tracey Ashford
16 Elerridge Crt.
Stoney Creek, ON L8J 3R6
CANADA

United Healthcare Insurance Co
22561 Network Place
Chicago, IL 60673-1225

Utah Express Test
1041 South Orem Blnd.
Orem, UT 84058

Tracey Ashford-US
16 Elderridge Crt
Stoney Creek ON L8J 3R6
CANADA

United States Treasury
Department of the Treasury   Treasury Int
Odgen, UT 84201

Utah Paperbox, dba UPB
920 South 700 West
Salt Lake City, UT 84104

Treasure Valley Coffee, Inc
P.O. Box 71613
Salt Lake City, UT 84171

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Valery Perez
100 South Geneva Road
Vineyard, UT 84058

Treasure Valley Coffee, Inc
P.O. Box 71613
Salt Lake City, UT 84171

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Vantage Business Centre
202-211 Horseshoe Lake Drive
Halifax NS B3S 0B9
CANADA

Tricia Harmon
1758 West Center Street
Provo, UT 84601

UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673-1280

Vasa Fitness
9815 S Monroe Street #103
)
Sandy, UT 84070

Turanzas, Bravo & Ambrosi
Paseo de Los Tamarindos 100, Bosques de
05120 Ciudad de M xico, CDMX
MEXICO

UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673-1280

Vasa Fitness
9815 S Monroe Street #103
Sandy, UT 84070

Veracity
170 Election Road, Ste 200
Draper, UT 84020-6420

Warren Isaacson
356 S 700 E
Orem, UT 84097

Workman Nydegger
60 East South Temple Suite 1000
Salt Lake City, UT 84111

Veracity
170 Election Road, Ste 200
Draper, UT 84020-6420

Weldon Industries
601 W 700 S Suite 101
Pleasant Grove, UT 84062

World Pay
201 17th St NW #1000
Atlanta, GA 30363

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

WI Commercial Properties West AF LLC
4914 Joanne Kearney Blvd.
Tampa, FL 33619

WSRP
155 N 400 W, Suite 400
Salt Lake City, UT 84103

Vomela Specialty dba. Fusion Imaging
601 W Boro Street
Kaysville, UT 84037

Wilcock Inc.
645 North 200 East
Springville, UT 84663

WSRP
155 N 400 W, Suite 400
Salt Lake City, UT 84103

Vox Marketing Group
2222 South 950 East
Provo, UT 84606

William Lewis
549 S Elizabeth St
Salt Lake City, UT 84102

Wynright Corporation
2500 York Road
Elk Grove, IL 60007

Vox Marketing Group
2222 South 950 East
Provo, UT 84606

Winston Max
1836 north 650 west
Provo, UT 84604

Wynright Corporation
2500 York Road
Elk Grove, IL 60007

Vox Marketing Group
2222 South 950 East
Provo, UT 84606

Wisconsin Department of Revenue
2135 Rimrock Rd.
P.O. Box 8907
Madison, WI 53708-8907

YRC Freight (RDWY)
P.O. Box 730375
Dallas, TX 75373-0375

Walt Disney Company Pty Ltd
South Yarra
Melbourne, VIC 3141
AUSTALIA

Workers Compensation Fund
PO Box 26488
Payment Processing Center
Salt Lake City, UT 84126-0488

YRC Freight (RDWY)
P.O. Box 730375
Dallas, TX 75373-0375

Warner Bros. Consumer Products, Inc
4000 Warner Blvd
Burbank, CA 91522

Workers Compensation Fund
Payment Processing Center PO Box 26488
Salt Lake City, UT 84126-0488

ZenApply
375 South 300 West
Salt Lake City, UT 84101

Warren Isaacson
356 S 700 E
Orem, UT 84097

Workman Nydegger
60 East South Temple Suite 1000
Salt Lake City, UT 84111

ZenPrint
1825 S East Bay Blvd
Provo, UT 84606

ZenPrint
1825 S East Bay Blvd
Provo, UT 84606


ZimZee Recruiting
2015 S Parkview Drive
Mapleton, UT 84664


Zion's Commercial Card Services
1 Main St,
Salt Lake City, UT 84133

# United States Bankruptcy Court
## District of Delaware

In re   **JN Winddown, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **JN Winddown, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Jamberry Nails Intermediate, LLC**
**c/o Stuart Martin**
**1185 Avenue of the Americas**
**39th Floor**
**New York, NY 10036**

☐ None [*Check if applicable*]

12/27/2018

Date

*Laura Davis Jones*

Laura Davis Jones

Signature of Attorney or Litigant

Counsel for   **JN Winddown, LLC**

**Pachulski Stang Ziehl & Jones LLP**
**919 North Market Street**
**17th Floor**
**Wilmington, DE 19801**
**302-652-4100 Fax:302-652-4400**