**Fill in this information to identify the case:**

Debtor name   JN Winddown, LLC

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   18-12867

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                   *Column 2:* **Creditor**

|      | Name | Mailing Address | Name | Check all schedules that apply: |
|------|------|-----------------|------|-------------------------------|
| 2.1  |      | Street / City State Zip Code |      | ☐ D  ☐ E/F  ☐ G |
| 2.2  |      | Street / City State Zip Code |      | ☐ D  ☐ E/F  ☐ G |
| 2.3  |      | Street / City State Zip Code |      | ☐ D  ☐ E/F  ☐ G |
| 2.4  |      | Street / City State Zip Code |      | ☐ D  ☐ E/F  ☐ G |