**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JN WINDDOWN, LLC, | ) | Case No. 18-12867 (BLS) |
| | ) | |
| Debtor. | ) | |

## NOTICE OF RESCHEDULED MEETING OF CREDITORS
## PURSUANT TO 11 U.S.C. § 341

**PLEASE TAKE NOTICE** that the Office of the United States Trustee scheduled the meeting of creditors pursuant to 11 U.S.C. § 341(a) (the "341 Meeting") to occur on January 24, 2019 at 11:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the 341 Meeting has been rescheduled and will be held on **February 21, 2019 at 11:00 a.m. (ET)**.  The rescheduled 341 Meeting will be held at the J. Caleb Boggs Federal Building, 844 King Street, 2nd Floor, Room 3209, Wilmington, DE 19801.

Dated:  January 10, 2019

| | |
|---|---|
| GIULIANO MILLER & CO., LLC | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| */s/ Alfred T. Giuliano* | */s/ Timothy P. Cairns* |
| Alfred T. Giuliano | Laura Davis Jones (DE Bar No. 2436) |
| Berlin Business Park | Timothy P. Cairns (DE Bar No. 4228) |
| 140 Bradford Drive | 919 North Market Street, 17th Floor |
| West Berlin, NJ 08091 | P.O. Box 8705 |
| Telephone: 856-767-3000 | Wilmington, DE  19899 (Courier 19801) |
| E-mail: atgiuliano@giulianomiller.com | Telephone: 302-652-4100 |
| | Facsimile:  302-652-4400 |
| *Chapter 7 Interim Trustee* | E-mail:  ljones@pszjlaw.com |
| |             tcairns@pszjlaw.com |
| | |
| | *Attorneys for Debtor* |